**Fill in this information to identify the case:**

Debtor name    Kentuckiana Medical Center, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    19-90617-BHL-7

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 16, 2019         X /s/ Jeff McCall
                                     Signature of individual signing on behalf of debtor

                                     Jeff McCall
                                     Printed name

                                     Authorized Agent
                                     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  Kentuckiana Medical Center, LLC

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF INDIANA

Case number (if known)  19-90617-BHL-7

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                        12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................  $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................  $ _____0.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................  $ _____0.00

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $ ____40,000,000.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................  $ _____0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$ ____27,891,907.88

4.   Total liabilities .........................................................................................
    Lines 2 + 3a + 3b

    $ ____67,891,907.88

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Kentuckiana Medical Center, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | 19-90617-BHL-7 |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | First Financial Bank (unreconciled bank balance as of 4/22/2019 was $4,679.41; subject to UCC sale of all of Debtor's assets on 4/05/2019; debtor claims no ownership interest after 4/05/2019) | Checking | 5349 | $0.00 |
| 3.2. | First Financial Bank (unreconciled bank balance as of 4/22/2019 was $4,324.29; subject to UCC sale of all of Debtor's assets on 4/05/2019; debtor claims no ownership interest after 4/05/2019) | Checking | 5736 | $0.00 |
| 3.3. | First Financial Bank (unreconciled bank balance as of 4/22/2019 was $799,985.00; subject to UCC sale of all of Debtor's assets on 4/05/2019; debtor claims no ownership interest after 4/05/2019) | Checking | 0282 | $0.00 |
| 3.4. | First Financial Bank (unreconciled bank balance as of 4/22/2019 was $658,922.90; subject to UCC sale of all of Debtor's assets on 4/05/2019; debtor claims no ownership interest after 4/05/2019) | Checking | 5765 | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   Kentuckiana Medical Center, LLC                                    Case number *(if known)*  19-90617-BHL-7
         Name

| | First Financial Bank<br>(subject to UCC sale of all of Debtor's assets on 4/05/2019; debtor claims no ownership interest after 4/05/2019) | | | |
|---|---|---|---|---|
| 3.5. | | Checking (ending in 5723) | 5723 | $0.00 |

| | First Financial Bank<br>(subject to UCC sale of all of Debtor's assets on 4/05/2019; debtor claims no ownership interest after 4/05/2019) | | | |
|---|---|---|---|---|
| 3.6. | | Checking (ending in 5752) | 5752 | $0.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                          $0.00

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit
    Duke Energy (utility deposits)
    ($73,645.00 utility deposit held as of 4/22/2019; subject to UCC sale of all of Debtor's assets
    7.1. on 4/05/2019; debtor claims no ownership interest after 4/05/2019)                                            $0.00

    Vectren (utility deposits)
    ($18,856.00 utility deposit held as of 4/22/2019; subject to UCC sale of all of Debtor's assets
    7.2. on 4/05/2019; debtor claims no ownership interest after 4/05/2019)                                            $0.00

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment
    Prepaid Insurance
    (there was $339,079.44 of prepaid insurance as of 4/22/2019; subject to UCC sale of all of
    8.1. Debtor's assets on 4/05/2019; debtor claims no ownership interest after 4/05/2019)                             $0.00

9.  **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.                                                                  $0.00

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:        1,598,929.17       -        1,103,261.13   = ....                                    $0.00
                                 face amount                doubtful or uncollectible accounts
                                 (book balance of Accounts Receivable "90 days old or less" as of 4/22/2019 was $1,598,929.17; subject to UCC
                                 sale of all of Debtor's assets on 4/05/2019; debtor claims no ownership interest after 4/05/2019)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor  Kentuckiana Medical Center, LLC                                Case number *(If known)*  19-90617-BHL-7
        Name

11b. Over 90 days old:         2,066,982.10      -         1,413,942.50    =....                        $0.00
                          face amount              doubtful or uncollectible accounts
                          (book balance of Accounts Receivable "over 90 days old" as of 4/22/2019 was $2,066,982.10; subject to UCC
                          sale of all of Debtor's assets on 4/05/2019; debtor claims no ownership interest after 4/05/2019)

12.    **Total of Part 3.**                                                                    | $0.00 |

       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
       Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
       Name of entity:                                  % of ownership

15.1.  Cardiovascular Medical Specialists, LLC       100%    %                                    $0.00
       (liabilities exceed value of assets)

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**                                                                    | $0.00 |

       Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor    Kentuckiana Medical Center, LLC                              Case number *(If known)*  19-90617-BHL-7
          Name

47.      **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.      **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
         floating homes, personal watercraft, and fishing vessels

49.      **Aircraft and accessories**

50.      **Other machinery, fixtures, and equipment (excluding farm**
         **machinery and equipment)**
         Ultrasound Equipment                                    $0.00                              Unknown

51.      **Total of Part 8.**                                                                  | $0.00 |
         Add lines 47 through 50.  Copy the total to line 87.

52.      **Is a depreciation schedule available for any of the property listed in Part 8?**
         ☑ No
         ☐ Yes

53.      **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
         ☑ No
         ☐ Yes

| Part 9: | **Real property** |
**54. Does the debtor own or lease any real property?**

         ☑ No.  Go to Part 10.
         ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
**59. Does the debtor have any interests in intangibles or intellectual property?**

         ☑ No.  Go to Part 11.
         ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

         ☑ No.  Go to Part 12.
         ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    Kentuckiana Medical Center, LLC                                    Case number *(If known)*  19-90617-BHL-7
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9...........................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00  + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name ___Kentuckiana Medical Center, LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF INDIANA___

Case number (if known) ___19-90617-BHL-7___

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** Phillips Medical Center, LLC<br>Creditor's Name<br><br>1111 Old Eagle School Road<br>Wayne, PA 19087<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>2018<br>**Last 4 digits of account number** ___<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>Ultrasound Equipment<br><br><br>**Describe the lien**<br>Lease<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | Unknown |
| **2.2** RL BB-IN KRE, LLC<br>Creditor's Name<br>Attn:  Cheryl Baizan<br>760 NW 107th Avenue, 4th Floor<br>Miami, FL 33172<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>8/2013 to 3/2019<br>**Last 4 digits of account number** ___<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>All of Debtor's Assets<br><br><br>**Describe the lien**<br>Security Agreement<br>**Is the creditor an insider or related party?**<br>☐ No<br>☑ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $40,000,000.00 | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Kentuckiana Medical Center, LLC
          _____
          Name

Case number (if know)    19-90617-BHL-7
                         _____

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $40,000,000.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Kentuckiana Medical Center, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    19-90617-BHL-7

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** | $2,400.00 |
|  | 3DR Laboratories II, LLC | |
|  | 9987 Carver, Suite 210 | |
|  | Cincinnati, OH 45242 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  through 4/2019

**Last 4 digits of account number** _

**Basis for the claim:**  Open Account

Is the claim subject to offset? ☑ No  ☐ Yes

| **3.2** | **Nonpriority creditor's name and mailing address** | $321,708.37 |
|---|---|---|
|  | Abbott Laboratories, Inc. | |
|  | 6300 Bee Cave Road, Bldg. Two, S | |
|  | Austin, TX 78746 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  through 3/2019

**Last 4 digits of account number** _

**Basis for the claim:**  Open Account

Is the claim subject to offset? ☑ No  ☐ Yes

| **3.3** | **Nonpriority creditor's name and mailing address** | $111,770.69 |
|---|---|---|
|  | Abbott Vascular Devices | |
|  | 75 Remittance Drive, Suite 113 | |
|  | Chicago, IL 60675 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  through 3/2019

**Last 4 digits of account number** _

**Basis for the claim:**  Open Account

Is the claim subject to offset? ☑ No  ☐ Yes

| **3.4** | **Nonpriority creditor's name and mailing address** | $199,453.00 |
|---|---|---|
|  | Abiomed, Inc. | |
|  | P.O. Box 6214 | |
|  | Boston, MA 02212 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Open Account

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address

Absolute Imaging Solutions
P.O. Box 687
Oak Ridge, NC 27310

**Date(s) debt was incurred** _2018_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

$6,995.00

---

**3.6** | Nonpriority creditor's name and mailing address

Accent
P.O. Box 952366
Saint Louis, MO 63195-5516

**Date(s) debt was incurred** _2018_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

$1,340.00

---

**3.7** | Nonpriority creditor's name and mailing address

Airgas USA, LLC
P.O. Box 532609
Atlanta, GA 30353

**Date(s) debt was incurred** _through 4/2019_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

$11,642.51

---

**3.8** | Nonpriority creditor's name and mailing address

George Alcorn
730 W. Main Street
Madison, IN 47250-3105

**Date(s) debt was incurred** _2013_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Promissory Note associated with prior Chapter 11 bankruptcy_

Is the claim subject to offset? ■ No ☐ Yes

$44,639.74

---

**3.9** | Nonpriority creditor's name and mailing address

Alere Informatics
P.O. Box 845849
Boston, MA 02284-5849

**Date(s) debt was incurred** _2018_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

$9,663.71

---

**3.10** | Nonpriority creditor's name and mailing address

All My Sons Moving & Storage
2400 Old Mill Road
Carrollton, TX 75007

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

$2,670.00

---

**3.11** | Nonpriority creditor's name and mailing address

Allied Interstate, LLC
P.O. Box 19326
Minneapolis, MN 55419

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

$121.55

---

| Debtor | Kentuckiana Medical Center, LLC | Case number *(if known)* | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $52,486.22 |
|---|---|---|---|

American Red Cross
P.O. Box 73013
Chicago, IL 60673-7013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Open Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $368.00 |
|---|---|---|---|

AMSC, Inc.
12941 US Hwy. 42
Prospect, KY 40059

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Open Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $263.26 |
|---|---|---|---|

Anacom Medtek
1240 S. Claudina Street
Anaheim, CA 92805-6232

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Open Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $321.00 |
|---|---|---|---|

Angiodynamics
P.O. Box 1549
Albany, NY 12201-1549

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Open Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,471.75 |
|---|---|---|---|

Aramark Refreshment Services
8435 Georgetown Road, Suite 100
Indianapolis, IN 46268

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Open Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28,373.01 |
|---|---|---|---|

Aramark Uniform Services
P.O. Box 731676
Dallas, TX 75373-1676

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** through 4/2019

**Basis for the claim:** Open Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $240.65 |
|---|---|---|---|

Arbor Health, LLC
P.O. Box 681389
Franklin, TN 37069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018

**Basis for the claim:** Open Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Kentuckiana Medical Center, LLC
_____
        Name

Case number *(if known)*    19-90617-BHL-7

| | |
|---|---|
| **3.19** | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
Armstrong Medical Ind
575 Knightsbridge Parkway
Lincolnshire, IL 60069-0770

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$973.32

---

**3.20**
**Nonpriority creditor's name and mailing address**
Denise Arnett
c/o The Sampson Law Firm
450 S. Third Street, 4th Floor
Louisville, KY 40202

**Date(s) debt was incurred**  2010

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Medical Malpractice Claim

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.21**
**Nonpriority creditor's name and mailing address**
Estate of David C. Arnett, Sr
c/o The Sampson Law Firm
450 S. Third Street, 4th Floor
Louisville, KY 40202

**Date(s) debt was incurred**  2010

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Medical Malpractice Claim

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.22**
**Nonpriority creditor's name and mailing address**
Arrow International, Inc.
P.O. Box 60519
Charlotte, NC 28260

**Date(s) debt was incurred**  through 2/2019

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$6,065.56

---

**3.23**
**Nonpriority creditor's name and mailing address**
AT&T
P.O. Box 8100
Aurora, IL 60507-8100

**Date(s) debt was incurred**  through 3/2019

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$34,638.77

---

**3.24**
**Nonpriority creditor's name and mailing address**
AT&T Corp.
One AT&T Way, Room 3A218
Bedminster, NJ 07921-2693

**Date(s) debt was incurred**  2013

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Promissory Note associated with prior Chapter 11
bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

$38,070.33

---

**3.25**
**Nonpriority creditor's name and mailing address**
Baptist Health Floyd
1850 State Street
New Albany, IN 47150

**Date(s) debt was incurred**  through 4/2019

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$87,413.48

---

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,089.15

Baxter Healthcare Corp.
P.O. Box 70564
Chicago, IL 60673-0564

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00

Joseph H. Beaven, M.D.
9431 County Road 403
Charlestown, IN 47111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29,294.83

David Berry
6001 O'Possum Trot Road
Charlestown, IN 47111-9137

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2013_
**Last 4 digits of account number** _

Basis for the claim:  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $60,753.68

BHS Hospital Services, Inc.
P.O. Box 538449
Atlanta, GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  through 2/2019
**Last 4 digits of account number** _

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29,547.40

Bio Rad Laboratories
P.O. Box 849740
Los Angeles, CA 90084

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  through 2/2019
**Last 4 digits of account number** _

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $36,684.85

Bio-Medical Applications of KY, Inc.
16343 Collection Center Road
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/2019
**Last 4 digits of account number** _

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $55,744.89

Bio-Medical Applications of KY, Inc.
16343 Collection Center Road
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2013
**Last 4 digits of account number** _

Basis for the claim:  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Kentuckiana Medical Center, LLC | Case number *(if known)* | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,450.00 |
|---|---|---|---|
| | Biotronik, Inc.<br>P.O. Box 205421<br>Dallas, TX 75320-5421 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Open Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $690.00 |
|---|---|---|---|
| | Black Diamond Pest Control<br>4911 Hamaburg Pike<br>Jeffersonville, IN 47130 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Open Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,000.00 |
|---|---|---|---|
| | Blue & Co., LLC<br>2712 Solution Center<br>Chicago, IL 60677-2007 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  4/2019 | Basis for the claim:  Open Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,875.00 |
|---|---|---|---|
| | Bluegrass BioMedical, Inc.<br>P.O. Box 296<br>Danville, KY 40422 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  through 3/2019 | Basis for the claim:  Open Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,400.00 |
|---|---|---|---|
| | Bluegrass Net<br>321 E. Breckenridge Street<br>Louisville, KY 40203 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  through 3/2019 | Basis for the claim:  Open Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $136,043.32 |
|---|---|---|---|
| | Boston Scientific Corp.<br>P.O. Box 951653<br>Dallas, TX 75395 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  through 4/2019 | Basis for the claim:  Open Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $59,784.70 |
|---|---|---|---|
| | Boston Scientific Corp.<br>P.O. Box 951653<br>Dallas, TX 75395 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2013 | Basis for the claim:  Promissory Note associated with prior Chapter 11 bankruptcy | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

---

**3.40**

**Nonpriority creditor's name and mailing address**
Estate of Wilburn C. Bowling
c/o Law Office of Nick Stein
810 E. Market Street
New Albany, IN 47150

Date(s) debt was incurred _2014_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential Medical Malpractice Claim_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.41**

**Nonpriority creditor's name and mailing address**
Wanda F. Bowling
c/o Law Office of Nick Stein
810 E. Market Street
New Albany, IN 47150

Date(s) debt was incurred _2014_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential Medical Malpractice Claim_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.42**

**Nonpriority creditor's name and mailing address**
Bryan Corporation (Lymol Medical)
4 Plympton Street
Woburn, MA 01801-2996

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

$251.00

---

**3.43**

**Nonpriority creditor's name and mailing address**
Business Health Plus
4755 Highway 31
Clarksville, IN 47129

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

$4,027.00

---

**3.44**

**Nonpriority creditor's name and mailing address**
C & I Electronics
1700 N. Lafayette Avenue
Evansville, IN 47711-4595

Date(s) debt was incurred _through 2/2019_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

**3.45**

**Nonpriority creditor's name and mailing address**
C R Bard Davol / C R Bard, Inc.
P.O. Box 75767
Charlotte, NC 28275

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

$11,163.22

---

**3.46**

**Nonpriority creditor's name and mailing address**
Jeffrey A. Campbell
1804 E. Tenth Street
Jeffersonville, IN 47130

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$329,694.24

---

| Debtor | Kentuckiana Medical Center, LLC | Case number *(if known)* | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$43,278.23** |
|---|---|---|---|

Carefusion Solutions, LLC
25082 Network Place
Chicago, IL 60673-1250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** through 3/2019

**Basis for the claim:** Open Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80,219.22** |
|---|---|---|---|

Carefusion Solutions, LLC
25082 Network Place
Chicago, IL 60673-1250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2013

**Basis for the claim:** Promissory Note associated with prior Chapter 11 bankruptcy

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34.14** |
|---|---|---|---|

Carstens
P.O. Box 99110
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Open Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,949.92** |
|---|---|---|---|

Keith B. Carter
250 W. Main Street, Suite 1400
Lexington, KY 40507-1721

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2013

**Basis for the claim:** Promissory Note associated with prior Chapter 11 bankruptcy

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$777,342.87** |
|---|---|---|---|

Cerner Corporation
P.O. Box 959156
Saint Louis, MO 63195-9156

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** through 4/2019

**Basis for the claim:** Open Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,554.93** |
|---|---|---|---|

Mary Lynell Chamberlain
c/o Ballinger McClain, PLLC
9720 Park Plaza Avenue, Suite 102
Louisville, KY 40241-2289

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2013

**Basis for the claim:** Promissory Note associated with prior Chapter 11 bankruptcy

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$77.92** |
|---|---|---|---|

Chapter 13 Trustee
200 S. 7th Street, Suite 310
Louisville, KY 40202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Open Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $534.56 |
|---|---|---|---|

Ciox Health
P.O. Box 409669
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018

**Basis for the claim:**  Open Account

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $92,425.24 |
|---|---|---|---|

Clark County Treasurer
501 E. Court Avenue, #125
Jeffersonville, IN 47130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/2019

**Basis for the claim:**  Open Account

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $996.00 |
|---|---|---|---|

Clark Memorial Hospital
1220 Missouri Avenue
Jeffersonville, IN 47130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/2019

**Basis for the claim:**  Open Account

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,456.28 |
|---|---|---|---|

Clarksville Wastewater Dept.
P.O. Box 2668
Clarksville, IN 47131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2013

**Basis for the claim:**  Promissory Note associated with prior Chapter 11 bankruptcy

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $207.00 |
|---|---|---|---|

Coit Services
P.O. Box 9058
Louisville, KY 40209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:**  Open Account

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $157.53 |
|---|---|---|---|

Collection Services Center
839 5th Avenue
New Kensington, PA 15068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:**  Open Account

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50,273.98 |
|---|---|---|---|

Comprehensive Pharmacy Services, LLC
P.O. Box 638316
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  through 4/2019

**Basis for the claim:**  Open Account

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  Kentuckiana Medical Center, LLC

Name

Case number *(if known)*  19-90617-BHL-7

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21,207.49 |
|---|---|---|---|

Constellation New Energy-Gas Div, LLC
P.O. Box 5473
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** through 4/2019

**Basis for the claim:** Open Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $48,422.63 |
|---|---|---|---|

Craneware, Inc.
P.O. Box 934241
Atlanta, GA 31193-4241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018

**Basis for the claim:** Open Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,552.46 |
|---|---|---|---|

Cryolife, Inc.
P.O. Box 102312
Atlanta, GA 30368

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Open Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $822.36 |
|---|---|---|---|

CS Medical
2179 E. Lyon Station Road
Creedmoor, NC 27522

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Open Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $124.41 |
|---|---|---|---|

CT Corporation
P.O. Box 4349
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018

**Basis for the claim:** Open Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $667.68 |
|---|---|---|---|

Culligan Water Systems
490 N. Clark Blvd.
Clarksville, IN 47129

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** through 3/2019

**Basis for the claim:** Open Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $354.45 |
|---|---|---|---|

Cummins Crosspoint
75 Remittance Drive, Suite 1701
Chicago, IL 60675-1701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Open Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,941.00 |
|---|---|---|---|

**3.68**

Nonpriority creditor's name and mailing address
Daikin Applied
24827 Network Place
Chicago, IL 60673

Date(s) debt was incurred  2018

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$6,941.00

---

**3.69**

Nonpriority creditor's name and mailing address
Data Facts, Inc.
P.O. Box 4276
Cordova, TN 38088-4276

Date(s) debt was incurred  2018

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$536.00

---

**3.70**

Nonpriority creditor's name and mailing address
Data Strategy, LLC
5555 Corporate Exchange Ct. SE
Grand Rapids, MI 49512

Date(s) debt was incurred  through 3/2019

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$4,230.00

---

**3.71**

Nonpriority creditor's name and mailing address
Daves & Kelly, Inc.
P.O. Box 91558
Louisville, KY 40291

Date(s) debt was incurred  through 4/2019

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$4,720.00

---

**3.72**

Nonpriority creditor's name and mailing address
Dept. of Education AWG
P.O. Box 5609
Greenville, TX 75403-5609

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$81.17

---

**3.73**

Nonpriority creditor's name and mailing address
Depuy Synthes
5972 Collections Center Drive
Chicago, IL 60693

Date(s) debt was incurred  through 3/2019

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$32,193.20

---

**3.74**

Nonpriority creditor's name and mailing address
Dormakaba USA, Inc.
P.O. Box 896542
Charlotte, NC 28289

Date(s) debt was incurred  2/2019

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$7,436.00

---

Debtor  Kentuckiana Medical Center, LLC
_____
Name

Case number *(if known)*    19-90617-BHL-7

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $53,672.31 |
|---|---|---|---|

Dr. Beavens
9431 County Road 403
Charlestown, IN 47111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2013_
**Last 4 digits of account number** _

**Basis for the claim:** _Promissory Note associated with prior Chapter 11 bankruptcy_

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $488.72 |
|---|---|---|---|

Draeger Medical, Inc.
P.O. Box 13369
Newark, NJ 07101-3362

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $74,238.87 |
|---|---|---|---|

Duke Energy
P.O. Box 1327
Charlotte, NC 28201-1327

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _4/2019_
**Last 4 digits of account number** _

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ☐ No ■ Yes

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,790,168.60 |
|---|---|---|---|

DXC Technology
Indiana Health Coverage Program
950 N. Meridian Street, Suite 1150
Indianapolis, IN 46204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _12/2017 through_
**Last 4 digits of account number** _

**Basis for the claim:** _Health Assessment Fee_

Is the claim subject to offset? ■ No ☐ Yes

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $31.35 |
|---|---|---|---|

Earthgrains Company
P.O. Box 4412
Bridgeton, MO 63044-0412

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $581.12 |
|---|---|---|---|

Elite Tech, LLC
P.O. Box 6622
Shepherdsville, KY 40165

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $890,036.57 |
|---|---|---|---|

Emcare, Inc.
7032 Collection Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _through 4/2019_
**Last 4 digits of account number** _

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

Debtor  Kentuckiana Medical Center, LLC
      Name

Case number (if known)  19-90617-BHL-7

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $28,543.00 |
|---|---|---|---|

Endo Technologies, Inc.
6650 New Nashville Hwy., Suite 100
Smyrna, TN 37167

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2013_

**Basis for the claim:** _Promissory Note associated with prior Chapter 11 bankruptcy_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $913.15 |
|---|---|---|---|

File Management Pros, LLC
7735 Nat'l Turnpike, Suite 100
Louisville, KY 40214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,039.02 |
|---|---|---|---|

Flexential Kentucky, LLC
P.O. Box 534326
Atlanta, GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _4/2019_

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $45,193.66 |
|---|---|---|---|

Foulston Siefkin, LLP
1551 N. Waterfront Parkway
Wichita, KS 67206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _through 3/2019_

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $506.38 |
|---|---|---|---|

FP Mailing Solutions
P.O. Box 157
Bedford Park, IL 60499-0157

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _4/2019_

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $184,410.67 |
|---|---|---|---|

FSSA Claim Repayment
P.O. Box 621007
Indianapolis, IN 46262-1007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018_

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $41,580.00 |
|---|---|---|---|

Futurestep, Inc.
P.O. Box 1450
Minneapolis, MN 55485-5065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018_

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Kentuckiana Medical Center, LLC | Case number *(if known)* | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $192,828.55

Galichia Hospital Group
2600 N. Woodlawn
Wichita, KS 67220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _through 3/2019_

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $127,329.67

GE Precision Healthcare, LLC
P.O. Box 96483
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _through 4/2019_

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,339.00

Global Industries Equip.
29833 Network Place
Chicago, IL 60673-1298

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $92.66

Grainger
Dept. 876753955
Palatine, IL 60038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $908.09

Granite Telecommunications
Client ID #311
P.O. Box 983119
Boston, MA 02298-3119

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $300.00

Greater Louisville Med Society
328 E. Main Street
Louisville, KY 40202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $380.00

Green & Orange Cab
1811 W. Main Street
Louisville, KY 40203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $141,359.17 |
|---|---|---|---|

Hadrotes Property CPC #3
9900 Shelbyville Road
Louisville, KY 40223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2013_
**Last 4 digits of account number** _

**Basis for the claim:** Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Estate of Martha Hall
c/o Palmer Thompson Law, LLC
404 E. Main Street
New Albany, IN 47150

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _2013_
**Last 4 digits of account number** _

**Basis for the claim:** Potential Medical Malpractice Claim

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

William Hall
c/o Palmer Thompson Law, LLC
404 E. Main Street
New Albany, IN 47150

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _2013_
**Last 4 digits of account number** _

**Basis for the claim:** Potential Medical Malpractice Claim

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,412,000.00 |
|---|---|---|---|

Eli Hallal
2 Silvercreek Drive, #100
New Albany, IN 47150

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Henry W. Harriso IV
c/o Garau Germano Hanley & Pennington PC
151 N. Delaware Street, Suite 1515
Indianapolis, IN 46204

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _2012_
**Last 4 digits of account number** _

**Basis for the claim:** Potential Medical Malpractice Claim

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Estate of Teddie Duane Harrison
c/o Garau Germano Hanley & Pennington PC
151 N. Delaware Street, Suite 1515
Indianapolis, IN 46204

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _2012_
**Last 4 digits of account number** _

**Basis for the claim:** Potential Medical Malpractice Claim

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Rebecca Harrison
c/o Garau Germano Hanley & Pennington PC
151 N. Delaware Street, Suite 1515
Indianapolis, IN 46204

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _2012_
**Last 4 digits of account number** _

**Basis for the claim:** Potential Medical Malpractice Claim

Is the claim subject to offset? ■ No ☐ Yes

Debtor   Kentuckiana Medical Center, LLC                                  Case number (if known)   19-90617-BHL-7
         _____
         Name

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $161.20 |
|---|---|---|---|
| | Health Care Logistics, Inc.<br>P.O. Box 400<br>Circleville, OH 43113 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Open Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,180.42 |
|---|---|---|---|
| | HFAP<br>142 E. Ontario, 10th Floor<br>Chicago, IL 60611-2864 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Open Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,061.00 |
|---|---|---|---|
| | Hill Rom Co., Inc.<br>P.O. Box 643592<br>Pittsburgh, PA 15264 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Open Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,640.18 |
|---|---|---|---|
| | iMedX, Inc.<br>P.O. Box 52217<br>Newark, NJ 07101-0220 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred**  2/2019 | **Basis for the claim:**  Open Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $267.24 |
|---|---|---|---|
| | IN State Central Coll. Unit<br>P.O. Box 7130<br>Indianapolis, IN 46207-7130 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Open Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,992.68 |
|---|---|---|---|
| | Indiana American Water<br>P.O. Box 94551<br>Palatine, IL 60094 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred**  4/2019 | **Basis for the claim:**  Open Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,895.00 |
|---|---|---|---|
| | Indiana Poison Center<br>1701 N. Senate Avenue<br>Indianapolis, IN 46202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Open Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   Kentuckiana Medical Center, LLC                                    Case number (if known)   19-90617-BHL-7
_____
Name

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,916.35 |
|---|---|---|---|

Infab Corporation
1040 Avenida Acaso
Camarillo, CA 93012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2/2019_

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,000.00 |
|---|---|---|---|

Intec Building Services
3812 Bardstown Road
Louisville, KY 40218

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _4/2019_

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,390.46 |
|---|---|---|---|

Integra Lifesciences
P.O. Box 404129
Atlanta, GA 30384-4129

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $19,239.97 |
|---|---|---|---|

Integrated Rental Services
2601 Stanley Gault Pkwy.
Louisville, KY 40223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _through 4/2019_

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25,056.98 |
|---|---|---|---|

J & J Health Care Systems
P.O. Box 406663
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _through 3/2019_

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,544.00 |
|---|---|---|---|

J & S Cleaning, LLC
237 Tammy Lane
Shepherdsville, KY 40165

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _through 2/2019_

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,612.85 |
|---|---|---|---|

J2S Medical
1002 Ford Circle, Suite D
Milford, OH 45150

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _through 3/2019_

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

Debtor  Kentuckiana Medical Center, LLC
_____
         Name

Case number (if known)   19-90617-BHL-7
_____

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $344.00 |
|---|---|---|---|

Jewish Hospital & S.M.H.
P.O. Box 645440
Pittsburgh, PA 15264-5252

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/2019
**Last 4 digits of account number**

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22,311.70 |
|---|---|---|---|

Johnson & Johnson Finance Corporation
c/o Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2013
**Last 4 digits of account number**

**Basis for the claim:**  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $212.97 |
|---|---|---|---|

Johnson Controls Fire Protection LP
Dept. CH 10320
Palatine, IL 60055-0320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/2019
**Last 4 digits of account number**

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $14,769.69 |
|---|---|---|---|

KCI USA
P.O. Box 301557
Dallas, TX 75303-1557

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  through 3/2019
**Last 4 digits of account number**

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $201.95 |
|---|---|---|---|

KHEAA / Kentucky Higher Education
Assistance Authority
10180 Linn Station Road
Louisville, KY 40223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**
**Last 4 digits of account number**

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $360.00 |
|---|---|---|---|

Kort Rehab @ Home
3626 Grantline Road
New Albany, IN 47150-6417

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/2019
**Last 4 digits of account number**

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,112.80 |
|---|---|---|---|

Landauer, Inc.
P.O. Box 809051
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  3/2019
**Last 4 digits of account number**

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    Kentuckiana Medical Center, LLC
_____
Name

Case number (if known)    19-90617-BHL-7

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**3.124** Nonpriority creditor's name and mailing address
Lantheus Medical Imaging, Inc.
P.O. Box 101236
Atlanta, GA 30392-1236

**As of the petition filing date, the claim is:** Check all that apply.    $9,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____
**Last 4 digits of account number** _____

**Basis for the claim:** Open Account

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.125** Nonpriority creditor's name and mailing address
Renato LaRocca
676 S. Floyd Street
Louisville, KY 40202

**As of the petition filing date, the claim is:** Check all that apply.    $300,000.00
■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _2013_
**Last 4 digits of account number** _____

**Basis for the claim:** Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.126** Nonpriority creditor's name and mailing address
Renato LaRocca
2201 Goshen Lane
Goshen, KY 40026-9514

**As of the petition filing date, the claim is:** Check all that apply.    $348,747.95
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2013_
**Last 4 digits of account number** _____

**Basis for the claim:** Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.127** Nonpriority creditor's name and mailing address
Renato LaRocca
2201 Goshen Lane
Goshen, KY 40026-9514

**As of the petition filing date, the claim is:** Check all that apply.    $30,689.82
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2013_
**Last 4 digits of account number** _____

**Basis for the claim:** Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128** Nonpriority creditor's name and mailing address
Level 3 Communications, LLC
P.O. Box 910182
Denver, CO 80291-0182

**As of the petition filing date, the claim is:** Check all that apply.    $4,913.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _4/2019_
**Last 4 digits of account number** _____

**Basis for the claim:** Open Account

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.129** Nonpriority creditor's name and mailing address
LG&E
P.O. Box 9001960
Louisville, KY 40290-1960

**As of the petition filing date, the claim is:** Check all that apply.    $1,809.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____
**Last 4 digits of account number** _6498_

**Basis for the claim:** Open Account

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130** Nonpriority creditor's name and mailing address
Life Safety Services
908 S. 8th Street, Suite 500
Louisville, KY 40203

**As of the petition filing date, the claim is:** Check all that apply.    $5,884.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____
**Last 4 digits of account number** _____

**Basis for the claim:** Open Account

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    Kentuckiana Medical Center, LLC                                    Case number (if known)    19-90617-BHL-7
          Name

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,058.00 |
|---|---|---|---|

3.131  **Nonpriority creditor's name and mailing address**
Lifecell Corporation
One Millennium Way
Branchburg, NJ 08876

**Date(s) debt was incurred** 2018

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open Account

Is the claim subject to offset? ■ No ☐ Yes

$2,058.00

---

3.132  **Nonpriority creditor's name and mailing address**
M & M Office Products
110 S. Indiana Avenue, Suite A
Sellersburg, IN 47172

**Date(s) debt was incurred** 3/2019

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open Account

Is the claim subject to offset? ■ No ☐ Yes

$7,201.10

---

3.133  **Nonpriority creditor's name and mailing address**
Magview
3915 National Drive, Suite 200
Burtonsville, MD 20866

**Date(s) debt was incurred** 2018

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open Account

Is the claim subject to offset? ■ No ☐ Yes

$4,589.10

---

3.134  **Nonpriority creditor's name and mailing address**
Maine Standards
221 US Route 1
Cumberland Foreside, ME 04110

**Date(s) debt was incurred** 2018

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open Account

Is the claim subject to offset? ■ No ☐ Yes

$1,166.11

---

3.135  **Nonpriority creditor's name and mailing address**
Maquet Medical Systems, USA
P.O. Box 775436
Chicago, IL 60677-5436

**Date(s) debt was incurred** 2018

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open Account

Is the claim subject to offset? ■ No ☐ Yes

$5,090.00

---

3.136  **Nonpriority creditor's name and mailing address**
Marketlab, Inc.
Dept. 2506
P.O. Box 11407
Birmingham, AL 35246-2506

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open Account

Is the claim subject to offset? ■ No ☐ Yes

$4,974.14

---

3.137  **Nonpriority creditor's name and mailing address**
John W. McConnell
c/o Dinsmore & Shohl, LLP
101 S. Fifth Street, Suite 2500
Louisville, KY 40202-3115

**Date(s) debt was incurred** 2013

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

$2,789.98

---

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $289.83 |
|---|---|---|---|

McKesson Technologies, Inc.
P.O. Box 634404
Cincinnati, OH 45263-4404

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $79.90 |
|---|---|---|---|

Medistreams
P.O. Box 888387
Atlanta, GA 30356

**Date(s) debt was incurred** _4/2019_

**Last 4 digits of account number** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,229.97 |
|---|---|---|---|

Medivators
14605 28th Ave. North
Minneapolis, MN 55447

**Date(s) debt was incurred** _through 2/2019_

**Last 4 digits of account number** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $42,198.71 |
|---|---|---|---|

Medline Industries, Inc.
P.O. Box 382075
Pittsburgh, PA 15251-8075

**Date(s) debt was incurred** _4/2019_

**Last 4 digits of account number** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,579.97 |
|---|---|---|---|

Medrad, Inc.
c/o Bayer Corp.
3930 Edison Lakes Parkway
Mishawaka, IN 46545-3443

**Date(s) debt was incurred** _2013_

**Last 4 digits of account number** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Promissory Note associated with prior Chapter 11 bankruptcy_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,512.00 |
|---|---|---|---|

Medtronic USA, Inc.
4642 Collection Center Drive
Chicago, IL 60693-0046

**Date(s) debt was incurred** _3/2019_

**Last 4 digits of account number** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $751.18 |
|---|---|---|---|

Midwest Medical Systems, LLC
655 Congress Park Drive
Dayton, OH 45459

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Kentuckiana Medical Center, LLC | | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|---|
| | Name | | | |

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $44,787.00 |
|---|---|---|---|
| | MiMedX Group, Inc. | ☐ Contingent | |
| | 1775 West Oak Commons Ct. NE | ☐ Unliquidated | |
| | Marietta, GA 30062 | ☐ Disputed | |
| | **Date(s) debt was incurred** _through 2/2019_ | **Basis for the claim:** _Open Account_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $46,395.00 |
|---|---|---|---|
| | Mindseeker, Inc. | ☐ Contingent | |
| | P.O. Box 743672 | ☐ Unliquidated | |
| | Atlanta, GA 30384-3672 | ☐ Disputed | |
| | **Date(s) debt was incurred** _through 2/2019_ | **Basis for the claim:** _Open Account_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $583.80 |
|---|---|---|---|
| | Mobile Instrument Service | ☐ Contingent | |
| | 333 Water Avenue | ☐ Unliquidated | |
| | Bellefontaine, OH 43311 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Open Account_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $975.00 |
|---|---|---|---|
| | New Benefits, Ltd. | ☐ Contingent | |
| | 14240 Proton Road | ☐ Unliquidated | |
| | Dallas, TX 75244 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Open Account_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,531.83 |
|---|---|---|---|
| | New Chapel EMS | ☐ Contingent | |
| | P.O. Box 1374 | ☐ Unliquidated | |
| | New Albany, IN 47151-1374 | ☐ Disputed | |
| | **Date(s) debt was incurred** _through 2/2019_ | **Basis for the claim:** _Open Account_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,204.28 |
|---|---|---|---|
| | Northgate Medical Imaging | ☐ Contingent | |
| | P.O. Box 950225 | ☐ Unliquidated | |
| | Louisville, KY 40295 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Open Account_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $514.93 |
|---|---|---|---|
| | Norton Healthcare, Inc. | ☐ Contingent | |
| | Department 86100 | ☐ Unliquidated | |
| | P.O. Box 36370 | ☐ Disputed | |
| | Louisville, KY 40233-6370 | | |
| | **Date(s) debt was incurred** _2018_ | **Basis for the claim:** _Open Account_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Kentuckiana Medical Center, LLC | | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|---|
| | Name | | | |

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,386.90 |
|---|---|---|---|
| | Norton Healthcare, Inc. | ☐ Contingent | |
| | Department 86100 | ☐ Unliquidated | |
| | P.O. Box 36370 | ☐ Disputed | |
| | Louisville, KY 40233-6370 | | |
| | **Date(s) debt was incurred**  2013 | **Basis for the claim:**  Promissory Note associated with prior Chapter 11 bankruptcy | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $32,523.72 |
|---|---|---|---|
| | Novarad Corporation | ☐ Contingent | |
| | 752 E. 1180 S, Suite 200 | ☐ Unliquidated | |
| | American Fork, UT 84003 | ☐ Disputed | |
| | **Date(s) debt was incurred**  through 4/2019 | **Basis for the claim:**  Open Account | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $950.00 |
|---|---|---|---|
| | Nuvasive Clinical Services Monitoring | ☐ Contingent | |
| | 10275 Little Patuxent Pkwy. | ☐ Unliquidated | |
| | Columbia, MD 21044 | ☐ Disputed | |
| | **Date(s) debt was incurred**  2018 | **Basis for the claim:**  Open Account | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $842.31 |
|---|---|---|---|
| | Office of the Standing Trustee | ☐ Contingent | |
| | 200 S. 7th Street, Suite 310 | ☐ Unliquidated | |
| | Louisville, KY 40202 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Open Account | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,046.29 |
|---|---|---|---|
| | Olympus America, Inc. | ☐ Contingent | |
| | P.O. Box 200194 | ☐ Unliquidated | |
| | Pittsburgh, PA 15251 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Open Account | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,992.83 |
|---|---|---|---|
| | Ortho-Clinical Diagnostics, Inc. | ☐ Contingent | |
| | P.O. Box 3655 | ☐ Unliquidated | |
| | Carol Stream, IL 60132-3655 | ☐ Disputed | |
| | **Date(s) debt was incurred**  through 3/2019 | **Basis for the claim:**  Open Account | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,569.50 |
|---|---|---|---|
| | Paragon 28, Inc. | ☐ Contingent | |
| | 48 Inverness Court East, Suite 280 | ☐ Unliquidated | |
| | Englewood, CO 80112 | ☐ Disputed | |
| | **Date(s) debt was incurred**  2018 | **Basis for the claim:**  Open Account | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

**3.159** | **Nonpriority creditor's name and mailing address** | | $507.00
Paycom Payroll, LLC
7501 W. Memorial Road
Oklahoma City, OK 73142

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | | $163.91
Performant Recovery, Inc.
333 N. Canyons Parkway, Suite 100
Livermore, CA 94551

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | | $1,085.45
Pfizer, Inc.
P.O. Box 100539
Atlanta, GA 30384-0539

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018

**Last 4 digits of account number** _

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | | $12,786.50
Philips Healthcare
22100 Bothell Evertt Hwy.
Bothell, WA 98021

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018

**Last 4 digits of account number** _

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | | $440,795.57
Physicians Primary Care, LLC
1804 E. 10th Street
Jeffersonville, IN 47130

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | | $4,381.25
POW!, Inc.
P.O. Box 523007
Miami, FL 33152

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  through 4/2019

**Last 4 digits of account number** _

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | | $547.43
Precision Dynamics Corp.
P.O. Box 71549
Chicago, IL 60694-1995

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $536.14 |
|---|---|---|---|

Priority Healthcare Dist.
dba Curascript SD
P.O. Box 978510
Dallas, TX 75397-8510

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Open Account__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,504.89 |
|---|---|---|---|

Prodigy Health Supplier Corporation
P.O. Box 95429
Grapevine, TX 76099-9734

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _through 4/2019_

**Basis for the claim:** __Open Account__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,192.66 |
|---|---|---|---|

Progressive Medical, Inc.
997 Horan Drive
Fenton, MO 63026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _through 2/2019_

**Basis for the claim:** __Open Account__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $42,494.23 |
|---|---|---|---|

Prosoft MEDantex
3080 Olcott Street, Suite 225D
Santa Clara, CA 95054-3244

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2013_

**Basis for the claim:** __Promissory Note associated with prior Chapter 11 bankruptcy__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $71,278.89 |
|---|---|---|---|

Q-Centrix
Attn:  CFO
1 North Franklin, Suite 1800
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Open Account__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Quality Reimbursement Services, Inc.
c/o Alan J. Sedley, Esq.
18880 Douglas, Suite 404
Irvine, CA 92612

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Lawsuit__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,704.66 |
|---|---|---|---|

Quick Medical
30200 S.E. 79th St., Suite 120
Issaquah, WA 98027-8792

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018_

**Basis for the claim:** __Open Account__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   Kentuckiana Medical Center, LLC
         _____        Case number (if known)   19-90617-BHL-7
         Name

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12,275.93 |

Zaka Rahman
c/o Ballinger McClain, PLLC
9720 Park Plaza Avenue, Suite 102
Louisville, KY 40241-2289

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2013_

**Basis for the claim:** _Promissory Note associated with prior Chapter 11 bankruptcy_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,675.00 |

Raymond's Lawn Care, LLC
P.O. Box 2481
Jeffersonville, IN 47131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $74.63 |

Reflex Graphics, Inc.
1902 Campus Place, Suite 11
Louisville, KY 40299

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $471.77 |

Repligen Corporation
41 Seyon Street, Bldg. 1, Suite 100
Waltham, MA 02453

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |

Ronald R. Reynolds
c/o Cline Farrell Christie Lee & Bell PC
951 N. Delaware Street
Indianapolis, IN 46202

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _2017_

**Basis for the claim:** _Potential Medical Malpractice Claim_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |

Wanda L. Coghill Reynolds
c/o Cline Farrell Christie Lee & Bell PC
951 N. Delaware Street
Indianapolis, IN 46202

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _2017_

**Basis for the claim:** _Potential Medical Malpractice Claim_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17,482,250.90 |

RL BB-IN KRE RE, LLC
Attn: Cheryl Baizan
760 NW 107th Avenue, 4th Floor
Miami, FL 33172

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _through 4/2019_

**Basis for the claim:** _Lease of Business Premises_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Kentuckiana Medical Center, LLC                                  Case number (if known)    19-90617-BHL-7
_____                                     _____
Name

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $47,709.75 |

RN Network
P.O. Box 974088
Dallas, TX 75397-4088

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018

**Basis for the claim:** Open Account

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $667.17 |

Roche Diagnostics Corp.
Mail Code 5508
P.O. Box 71209
Charlotte, NC 28272-1209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Open Account

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $45,720.86 |

John Rumisek
c/o Ballinger McClain, PLLC
9720 Park Plaza Avenue, Suite 102
Louisville, KY 40241-2289

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2013

**Basis for the claim:** Promissory Note associated with prior Chapter 11 bankruptcy

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,970.54 |

SCM True Air
5700 Poplar Level Road
Louisville, KY 40228

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** through 2/2019

**Basis for the claim:** Open Account

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $48,429.67 |

Securitas Security
P.O. Box 403412
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** through 4/2019

**Basis for the claim:** Open Account

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $882.97 |

Serc Products Corporation
P.O. Box 2127
New Albany, IN 47151

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Open Account

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $36,269.79 |

Anil Sharma
7610 Beech Spring Farm Blvd.
Louisville, KY 40241-6419

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2013

**Basis for the claim:** Promissory Note associated with prior Chapter 11 bankruptcy

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Kentuckiana Medical Center, LLC | Case number *(if known)* | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,614.88 |
|---|---|---|---|

Shred-It USA, LLC
28883 Network Place
Chicago, IL 60673-1288

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _4/2019_

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,800.00 |
|---|---|---|---|

Siemens H-Care Diagnostic
P.O. Box 121102
Dallas, TX 75312-1102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018_

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $31,219.74 |
|---|---|---|---|

Siemens Medical Solutions USA, Inc.
40 Liberty Blvd.
Malvern, PA 19355

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _through 3/2019_

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,916.09 |
|---|---|---|---|

Smart Care Equipment Solutions
P.O. Box 74008980
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018_

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,768.85 |
|---|---|---|---|

Smith & Nephew, Inc.
P.O. Box 205651
Dallas, TX 75320-5651

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018_

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,477.86 |
|---|---|---|---|

South Bend Med Foundation
118 W. Edison Road
Mishawaka, IN 46545-3143

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,881.45 |
|---|---|---|---|

Spectranetics Corporation
9965 Federal Drive
Colorado Springs, CO 80921

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018_

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $162,573.16 |
|---|---|---|---|

St. Jude Medical, Inc.
22400 Network Place
Chicago, IL 60673-1224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2013_

**Basis for the claim:** _Promissory Note associated with prior Chapter 11 bankruptcy_

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,195.39 |
|---|---|---|---|

Staples Business Advantage
P.O. Box 660409
Dallas, TX 75266-0409

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _through 4/2019_

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $300.00 |
|---|---|---|---|

Stemler Corporation
1001 Penn Street
Jeffersonville, IN 47130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,190.58 |
|---|---|---|---|

Steris Corporation
Lockbox #771652
1652 Solution Center
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018_

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,533.79 |
|---|---|---|---|

Steris Instrument Management Services
P.O. Box 531809
Atlanta, GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018_

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Kimberly Stewart
c/o The Poppe Law Firm
8700 Westport Road, Suite 201
Louisville, KY 40242

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _2014_

**Basis for the claim:** _Potential Medical Malpractice Claim_

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $36,269.79 |
|---|---|---|---|

Mio M. Stikovac
7211 Doe Crest Court
Prospect, KY 40059-9488

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2013_

**Basis for the claim:** _Promissory Note associated with prior Chapter 11 bankruptcy_

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Kentuckiana Medical Center, LLC | | Case number *(if known)* | 19-90617-BHL-7 |
|---|---|---|---|---|
| | Name | | | |

---

**3.201** | **Nonpriority creditor's name and mailing address**
Stimwave, LLC
1310 Park Central Blvd. South
Pompano Beach, FL 33064

**Date(s) debt was incurred** 2018

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open Account

Is the claim subject to offset? ■ No ☐ Yes

$20,500.00

---

**3.202** | **Nonpriority creditor's name and mailing address**
Stryker Endoscopy
P.O. Box 93276
Chicago, IL 60673

**Date(s) debt was incurred** through 4/2019

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open Account

Is the claim subject to offset? ■ No ☐ Yes

$8,285.93

---

**3.203** | **Nonpriority creditor's name and mailing address**
Sunorah Hospitality Mgmt. Services, Inc.
1058 N. Bedford Court
Wichita, KS 67206-4353

**Date(s) debt was incurred** 2013

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

$16,953.45

---

**3.204** | **Nonpriority creditor's name and mailing address**
Sysco/Louisville Food Services
P.O. Box 32470
Louisville, KY 40232-2470

**Date(s) debt was incurred** 3/2019

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open Account

Is the claim subject to offset? ■ No ☐ Yes

$9,038.34

---

**3.205** | **Nonpriority creditor's name and mailing address**
Sysco/Louisville Food Services
P.O. Box 32470
Louisville, KY 40232-2470

**Date(s) debt was incurred** 2013

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

$9,831.08

---

**3.206** | **Nonpriority creditor's name and mailing address**
Sysmex America, Inc.
39923 Treasury Court
Chicago, IL 60694-9900

**Date(s) debt was incurred** 2013

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

$45,490.12

---

**3.207** | **Nonpriority creditor's name and mailing address**
Sysmex America, Inc.
39923 Treasury Court
Chicago, IL 60694-9900

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open Account

Is the claim subject to offset? ■ No ☐ Yes

$2,825.00

---

Debtor    Kentuckiana Medical Center, LLC                              Case number (if known)    19-90617-BHL-7
_____
Name

| | | |
|---|---|---|
| **3.208** | **Nonpriority creditor's name and mailing address** | $438.60 |

T2B Solutions, LLC
P.O. Box 43
Indianola, IA 50125

**Date(s) debt was incurred** _4/2019_

**Last 4 digits of account number** _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.209** | **Nonpriority creditor's name and mailing address** | $2,971.27 |

Teleflex Medical
Arrow International
P.O. Box 60519
Charlotte, NC 28260

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.210** | **Nonpriority creditor's name and mailing address** | $4,550.00 |

The Society of Thoracic Surgeons
P.O. Box 809265
Chicago, IL 60680-9265

**Date(s) debt was incurred** _2018_

**Last 4 digits of account number** _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.211** | **Nonpriority creditor's name and mailing address** | $4,222.67 |

TigerConnect
2110 Broadway
Santa Monica, CA 90404

**Date(s) debt was incurred** _through 3/2019_

**Last 4 digits of account number** _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.212** | **Nonpriority creditor's name and mailing address** | $3,398.07 |

Time Warner Cable
P.O. Box 1060
Carol Stream, IL 60132-1060

**Date(s) debt was incurred** _through 4/2019_

**Last 4 digits of account number** _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.213** | **Nonpriority creditor's name and mailing address** | $3,500.00 |

Toray International America, Inc.
140 Cypress Station Drive
Houston, TX 77090

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.214** | **Nonpriority creditor's name and mailing address** | $3,509.38 |

Truven Health Analytics
P.O. Box 95334
Chicago, IL 60694-5334

**Date(s) debt was incurred** _2018_

**Last 4 digits of account number** _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    Kentuckiana Medical Center, LLC
_____    Case number (if known)    19-90617-BHL-7
Name

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.40 |
|---|---|---|---|

U.S. Specialties
2205 River Road
Louisville, KY 40206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,870.00 |
|---|---|---|---|

Unified Healthcare, LLC
11700 Commonwealth Drive, Suite 700
Louisville, KY 40299

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,104.26 |
|---|---|---|---|

V2 Global, LLC
3121 Commodore Plaza, Suite 30
Miami, FL 33133

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,381.66 |
|---|---|---|---|

Vectren Energy Delivery
P.O. Box 6248
Indianapolis, IN 46206-6248

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/2019

**Last 4 digits of account number** _

**Basis for the claim:**  Open Account

Is the claim subject to offset? ☐ No ■ Yes

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,935.85 |
|---|---|---|---|

Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002-5505

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  3/2019

**Last 4 digits of account number** _

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,116.92 |
|---|---|---|---|

Vertos Medical, Inc.
95 Enterprise, Suite 325
Aliso Viejo, CA 92656

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  through 2/2019

**Last 4 digits of account number** _

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,918.93 |
|---|---|---|---|

Vitalitec International, Inc.
10 Cordage Park Circle, Suite 200
Plymouth, MA 02360

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/2019

**Last 4 digits of account number** _

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

Debtor  Kentuckiana Medical Center, LLC
      Name

Case number (if known)  19-90617-BHL-7

---

**3.222** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19,332.73
--- | --- | --- | ---
| W.L. Gore & Associates, Inc. | ☐ Contingent | |
| 1505 N. 4th Street | ☐ Unliquidated | |
| Flagstaff, AZ 86004-5867 | ☐ Disputed | |
| **Date(s) debt was incurred** _2013_ | **Basis for the claim:** _Promissory Note associated with prior Chapter 11 bankruptcy_ | |
| **Last 4 digits of account number** _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.223** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,419.12
--- | --- | --- | ---
| Waste Management | ☐ Contingent | |
| P.O. Box 9001054 | ☐ Unliquidated | |
| Louisville, KY 40290 | ☐ Disputed | |
| **Date(s) debt was incurred** _4/2019_ | **Basis for the claim:** _Open Account_ | |
| **Last 4 digits of account number** _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.224** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,984.10
--- | --- | --- | ---
| Welch Allyn, Inc. | ☐ Contingent | |
| 4341 State Street Road | ☐ Unliquidated | |
| Skaneateles Falls, NY 13153 | ☐ Disputed | |
| **Date(s) debt was incurred** _3/2019_ | **Basis for the claim:** _Open Account_ | |
| **Last 4 digits of account number** _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.225** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,705.04
--- | --- | --- | ---
| Westerkamp Group, LLC | ☐ Contingent | |
| 701 Warrenville Road, Suite 120 | ☐ Unliquidated | |
| Lisle, IL 60532 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Open Account_ | |
| **Last 4 digits of account number** _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.226** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $608.17
--- | --- | --- | ---
| Windstream Communications | ☐ Contingent | |
| Norlight, Inc. | ☐ Unliquidated | |
| P.O. Box 9001950 | ☐ Disputed | |
| Louisville, KY 40290-1950 | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Open Account_ | |
| **Last 4 digits of account number** _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.227** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,825.09
--- | --- | --- | ---
| Yellow Ambulance | ☐ Contingent | |
| P.O. Box 2107 | ☐ Unliquidated | |
| Louisville, KY 40201 | ☐ Disputed | |
| **Date(s) debt was incurred** _2013_ | **Basis for the claim:** _Promissory Note associated with prior Chapter 11 bankruptcy_ | |
| **Last 4 digits of account number** _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.228** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,434.79
--- | --- | --- | ---
| Yellow Ambulance Southern IN | ☐ Contingent | |
| P.O. Box 2107 | ☐ Unliquidated | |
| Louisville, KY 40201 | ☐ Disputed | |
| **Date(s) debt was incurred** _2018_ | **Basis for the claim:** _Open Account_ | |
| **Last 4 digits of account number** _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.19 |
|---|---|---|---|

Zip Express
P.O. Box 33101
Louisville, KY 40232-3101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Jeffrey A. Campbell, MD<br>c/o James R. Irving, Esq.<br>3500 PNC Tower, 101 S. 5th Street<br>Louisville, KY 40202 | Line 3.46<br>☐ Not listed. Explain ____ | _ |
| 4.2 | DXC Refunds<br>P.O. Box 2303, Dept. 130<br>Indianapolis, IN 46206-2303 | Line 3.78<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Eli Hallal, MD<br>c/o James R. Irving, Esq.<br>3500 PNC Tower, 101 S. 5th Street<br>Louisville, KY 40202 | Line 3.99<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Indiana Patient's Compensation Fund<br>Indiana State Dept. of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN 46204 | Line 3.21<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Indiana Patient's Compensation Fund<br>Indiana State Dept. of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN 46204 | Line 3.20<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Indiana Patient's Compensation Fund<br>Indiana State Dept. of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN 46204 | Line 3.100<br>☐ Not listed. Explain ____ | _ |
| 4.7 | Indiana Patient's Compensation Fund<br>Indiana State Dept. of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN 46204 | Line 3.102<br>☐ Not listed. Explain ____ | _ |
| 4.8 | Indiana Patient's Compensation Fund<br>Indiana State Dept. of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN 46204 | Line 3.101<br>☐ Not listed. Explain ____ | _ |
| 4.9 | Indiana Patient's Compensation Fund<br>Indiana State Dept. of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN 46204 | Line 3.199<br>☐ Not listed. Explain ____ | _ |

| Debtor | Kentuckiana Medical Center, LLC | Case number *(if known)* | 19-90617-BHL-7 |
|--------|--------------------------------|--------------------------|----------------|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | Indiana Patient's Compensation Fund<br>Indiana State Dept. of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN 46204 | Line 3.40<br>☐ Not listed. Explain ____ | _ |
| 4.11 | Indiana Patient's Compensation Fund<br>Indiana State Dept. of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN 46204 | Line 3.41<br>☐ Not listed. Explain ____ | _ |
| 4.12 | Indiana Patient's Compensation Fund<br>Indiana State Dept. of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN 46204 | Line 3.97<br>☐ Not listed. Explain ____ | _ |
| 4.13 | Indiana Patient's Compensation Fund<br>Indiana State Dept. of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN 46204 | Line 3.98<br>☐ Not listed. Explain ____ | _ |
| 4.14 | Indiana Patient's Compensation Fund<br>Indiana State Dept. of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN 46204 | Line 3.177<br>☐ Not listed. Explain ____ | _ |
| 4.15 | Indiana Patient's Compensation Fund<br>Indiana State Dept. of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN 46204 | Line 3.178<br>☐ Not listed. Explain ____ | _ |
| 4.16 | KMC Real Estate Investors, LLC<br>c/o RL BB-IN KRE RE, LLC<br>760 NW 107th Avenue, 4th Floor<br>Miami, FL 33172 | Line 3.179<br>☐ Not listed. Explain ____ | _ |
| 4.17 | Renato LaRocca, MD<br>c/o James R. Irving, Esq.<br>3500 PNC Tower, 101 S. 5th Street<br>Louisville, KY 40202 | Line 3.125<br>☐ Not listed. Explain ____ | _ |
| 4.18 | Physicians Primary Care, LLC<br>c/o James R. Irving, Esq.<br>3500 PNC Tower, 101 S. 5th Street<br>Louisville, KY 40202 | Line 3.163<br>☐ Not listed. Explain ____ | _ |
| 4.19 | Q-Centrix<br>c/o Mitchell A. Bragg, Esq.<br>10 Pleasant Street<br>Portsmouth, NH 03801 | Line 3.170<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 27,891,907.88 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 27,891,907.88 |

**Fill in this information to identify the case:**

Debtor name    Kentuckiana Medical Center, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    19-90617-BHL-7

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease of premises at 4601 Medical Plaza Way, Clarksville, IN 47129 Debtor is the Tenant Expires 11/01/2033 | KMC Real Estate Investors, LLC c/o RL BB-IN KRE RE, LLC 760 NW 107th Avenue, 4th Floor Miami, FL 33172 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Leased Ultrasound Equipment / Lease #101-10186163 60 month lease dated 6/25/2018 Lease has $1.00 buyout option at the end | Phillips Medical Center, LLC 1111 Old Eagle School Road Wayne, PA 19087 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Kentuckiana Medical Center, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    19-90617-BHL-7

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**        *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | *Check all schedules that apply:* |
|---|---|---|---|---|---|
| 2.1 | _____ | | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City    State    Zip Code | | | |
| 2.2 | _____ | | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City    State    Zip Code | | | |
| 2.3 | _____ | | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City    State    Zip Code | | | |
| 2.4 | _____ | | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City    State    Zip Code | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   Kentuckiana Medical Center, LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number (if known)   19-90617-BHL-7

☐ Check if this is an
   amended filing

Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | For prior year:<br>From 12/01/2018 to Filing Date | ☐ Operating a business<br>■ Other   Net Patient Revenue | $5,964,978.00 |
   | For year before that:<br>From 12/01/2017 to 11/30/2018 | ☐ Operating a business<br>■ Other   Net Patient Revenue | $29,546,402.00 |
   | For the fiscal year:<br>From 12/01/2016 to 11/30/2017 | ☐ Operating a business<br>■ Other   Net Patient Revenue | $21,912,523.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor    Kentuckiana Medical Center, LLC                                    Case number *(if known)*    19-90617-BHL-7

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    SEE ATTACHMENT A | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    Quality Reimbursement Services, Inc. v. Kentuckiana Medical Center<br>19STCV00885 | Complaint for Breach of Contract | Superior Court of California County of Los Angeles Los Angeles, CA | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.    Wanda L. Coghill Reynolds and Ronald R. Reynolds v. Kentuckiana Medical Center, LLC, et al.<br>Claim ID 1020033 | Complaint for Damages / alleged medical malpractice | Indiana Patient's Compensation Fund Indiana State Dept. of Insurance 311 W. Washington Street, Suite 300 Indianapolis, IN 46204 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Kentuckiana Medical Center, LLC | Case number *(if known)* | 19-90617-BHL-7 |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | William Hall, individually, and as next friend of Martha Hall, deceased v. Kentuckiana Medical Center, LLC, et al.<br>Claim ID 1016263 | Alleged Medical Malpractice | Indiana Patient's Compensation Fund Indiana State Dept. of Insurance 311 W. Washington Street, Suite 300 Indianapolis, IN 46204 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | Kimberly Stewart v. Kentuckiana Medical Center, LLC, et al.<br>Claim ID 1019106 | Alleged Medical Malpractice | Indiana Patient's Compensation Fund Indiana State Dept. of Insurance 311 W. Washington Street, Suite 300 Indianapolis, IN 46204 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    Kentuckiana Medical Center, LLC                                    Case number *(if known)*    19-90617-BHL-7

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  Hester Baker Krebs LLC One Indiana Square, Suite 1600 211 N. Pennsylvania Street Indianapolis, IN 46204 | $7,165.00 Attorney Fees $335.00 Filing Fees | 5/08/2019 | $7,500.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? Lennar Corporation | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1.  RL BB-IN KRE, LLC Attn: Cheryl Baizan 760 NW 107th Avenue, 4th Floor Miami, FL 33172 | All Assets of Debtor; Sold via UCC Sale | 4/05/2019 | $550,000.00 |
| Relationship to debtor Secured Creditor | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐    No. Go to Part 9.
■    Yes. Fill in the information below.

Debtor    Kentuckiana Medical Center, LLC

Case number *(if known)*    19-90617-BHL-7

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Kentuckiana Medical Center<br>4601 Medical Plaza Way<br>Clarksville, IN 47129 | Cardiology Services | 0 |

| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|---|
| | | Cerner Corporation<br>P.O. Box 959156<br>St. Louis, MO 63195-9156 | *Check all that apply:* |
| | | Novarad Corporation<br>752 E. 1180 S, Suite 200<br>American Fork, UT  84003 | |

■ Electronically
☐ Paper

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐    No.
■    Yes. State the nature of the information collected and retained.

Patient Medical Records

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■    No. Go to Part 10.
☐    Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Kentuckiana Medical Center, LLC | Case number *(if known)* | 19-90617-BHL-7 |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| File Management Pros, LLC<br>7735 National Turnpike, Suite 100<br>Louisville, KY 40214 | Anyone authorized by Lennar | Business Records | ☐ No<br>■ Yes |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    Kentuckiana Medical Center, LLC                                    Case number *(if known)*   19-90617-BHL-7

☐ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1.  Cardiovascular Medical Specialists, LLC 4601 Medical Plaza Way Clarksville, IN 47129 | Physician (Cardiologists) Offices | **EIN:**    82-1904332 **From-To**    8/2017 to 4/2019 |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  Steve Anderson, CFO 4601 Medical Plaza Way Clarksville, IN 47129 | 4/2018 to 4/2019 |
| 26a.2.  Michael Huth, Controller 4601 Medical Plaza Way Clarksville, IN 47129 | 2/2015 to 6/2019 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  Blue and Company, LLC 2712 Solution Center Chicago, IL 60677-2007 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Steve Anderson, CFO 4601 Medical Plaza Way Clarksville, IN 47129 | |
| 26c.2.  Michael Huth, Controller 4601 Medical Plaza Way Clarksville, IN 47129 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

Debtor    Kentuckiana Medical Center, LLC                    Case number *(if known)*   19-90617-BHL-7

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Christian Falk | 4601 Medical Plaza Way Clarksville, IN 47129 | Manager | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| David Kaiserman | 4601 Medical Plaza Way Clarksville, IN 47129 | Manager | 0% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| Mike Congedo | 4601 Medical Plaza Way Clarksville, IN 47129 | Interim CEO | resigned on 5/31/2019 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |
| Lennar Corporation | **EIN:**    95-4337490 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
| --- | --- |

Debtor   Kentuckiana Medical Center, LLC _____    Case number *(if known)*   19-90617-BHL-7

---

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 16, 2019 _____

/s/ Jeff McCall _____            Jeff McCall _____
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   Authorized Agent _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Form 207 Part 2 - Attachment A (Payments)

| Vendor Check Name | Amount |
|---|---|
| MEDTRONIC USA INC Total | $492,236.62 |
| BIOTRONIK INC Total | $318,822.50 |
| ABIOMED, INC. Total | $295,817.20 |
| HEME PERFUSION Total | $280,588.56 |
| AMG OF KENTUCKIANA MEDICAL CEN Total | $243,000.00 |
| CONCORDANCE HEALTHCARE SOLUTIO Total | $232,224.06 |
| WESTERKAMP GROUP, LLC Total | $204,671.13 |
| V2 GLOBAL, LLC Total | $192,457.61 |
| SOUTH BEND MED FOUNDATION Total | $182,403.39 |
| ORTHO-CLINICAL DIAGNOSTICS, IN Total | $180,033.94 |
| EMCARE, INC. Total | $164,951.22 |
| MAXIM HEALTHCARE SERVICES, INC Total | $157,970.00 |
| AON RISK SERVICES NORTHEAST, I Total | $153,250.00 |
| ARAMARK UNIFORM SERVICES Total | $151,011.49 |
| COMPREHENSIVE PHARMACY Total | $147,606.64 |
| ABBOTT LABORATORIES, INC. Total | $144,761.01 |
| BOSTON SCIENTIFIC CORP Total | $132,870.00 |
| INTEC BUILDING SERVICES Total | $125,100.00 |
| UNIFIED HEALTHCARE, LLC Total | $120,341.00 |
| DUKE ENERGY Total | $118,830.87 |
| CARDINAL PHARMACY Total | $118,304.83 |
| ABBOTT VASCULAR DEVICES Total | $116,046.85 |
| MISSION SEARCH CONTRACT SERVIC Total | $79,650.00 |
| SYSCO/LOUISVILLE FD SVCS Total | $69,843.08 |
| AMERICAN RED CROSS Total | $60,285.20 |
| GE HEALTHCARE Total | $47,939.93 |
| CARDIOVASCULAR SYSTEMS Total | $35,813.35 |
| J&J HEALTH CARE SYSTEMS Total | $34,139.78 |
| BIO-MEDICAL APPLICATIONS OF KY Total | $33,072.49 |
| CAREFUSION SOLUTIONS, LLC Total | $30,442.25 |
| SYNERGY INSURANCE COMPANY Total | $28,413.00 |
| MEDLINE INDUSTRIES INC Total | $27,828.76 |
| TERUMO MEDICAL CORP Total | $27,663.96 |
| ANTAEUS, LLC Total | $27,500.01 |
| HUMANA Total | $24,736.00 |
| VERTOS MEDICAL, INC Total | $21,616.52 |
| KORT REHAB @ HOME Total | $21,120.00 |
| AIRGAS USA, LLC Total | $20,759.64 |
| CARDINAL HEALTH Total | $20,586.36 |
| CONSTELLATION NEWENERGY-GAS DI Total | $19,799.12 |
| CLARKSVILLE WASTEWATER Total | $19,525.72 |
| C R BARD, INC. Total | $18,298.87 |
| LANTHEUS MEDICAL IMAGING, INC. Total | $16,200.00 |
| ARROW ELECTRIC CO., INC. Total | $15,165.34 |
| WASTE MANAGEMENT Total | $14,870.87 |

**Form 207 Part 2 - Attachment A (Payments)**

| Vendor Check Name | Amount |
|---|---|
| **AT&T Total** | $14,717.69 |
| **ARROW INTERNATIONAL, INC Total** | $14,686.21 |
| **LIFE SAFETY SERVICES Total** | $14,464.00 |
| **HILL ROM CO INC Total** | $14,061.00 |
| **STERICYCLE, INC. Total** | $13,334.31 |
| **COCA COLA BOTTLING CO Total** | $13,199.15 |
| **LEONARD BRUSH & CHEMICAL Total** | $12,740.49 |
| **TDS MED, INC. Total** | $12,732.31 |
| **COOK MEDICAL INC. Total** | $12,586.20 |
| **INTEGRATED RENTAL SERVICES Total** | $12,169.11 |
| **VECTREN ENERGY DELIVERY Total** | $12,089.46 |
| **BAXTER HEALTHCARE CORP Total** | $11,745.16 |
| **DRAEGER MEDICAL INC Total** | $10,831.59 |
| **EDWARDS LIFESCIENCES Total** | $10,825.00 |
| **M & M OFFICE PRODUCTS Total** | $10,801.65 |
| **CRYOLIFE INC Total** | $10,552.46 |
| **BLUE & CO., LLC Total** | $10,500.00 |
| **STAPLES BUSINESS ADVANTAGE Total** | $9,280.02 |
| **ARAMARK REFRESHMENT SRVCS Total** | $9,059.70 |
| **CADUCEUS REALTY, INC. Total** | $9,000.00 |
| **RIVERSIDE TECHNOLOGIES, INC. Total** | $8,661.65 |
| **INTEGRA LIFESCIENCES Total** | $8,273.67 |
| **TELEFLEX MEDICAL Total** | $8,128.96 |
| **C R BARD DAVOL Total** | $8,062.37 |
| **LUSK MECHANICAL CONTRACTORS, I Total** | $8,049.96 |
| **PRODIGY HEALTH SUPPLIER CORPOR Total** | $7,642.98 |
| **TIME WARNER CABLE Total** | $7,105.26 |
| **ADVANCED GLOBAL COMMUNICATIONS Total** | $6,862.03 |
| **TRI-ANIM HEALTH SERVICES Total** | $6,848.41 |
| **VENDORS > $6,825** | **$5,297,579.97** |

**NOTE: Excludes all 1099 payments due KMC consultants and physicians**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Indiana

In re    Kentuckiana Medical Center, LLC          Case No.    19-90617-BHL-7

Debtor(s)         Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 7,165.00 |
| Prior to the filing of this statement I have received | $ | 7,165.00 |
| Balance Due | $ | 0.00 |

2.   $   335.00   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ☐ Debtor     ■ Other (specify):    Lennar Corporation

4.   The source of compensation to be paid to me is:

     ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
          Total compensation shall be based upon total hours of legal services rendered at applicable attorney or legal assistant rates, plus expenses, less retainer paid, pursuant to a written engagement letter.

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          Representation of the debtor(s) in any dischargeability actions, any other adversary proceedings, and some other post-petition services per engagement letter.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

July 16, 2019
*Date*

         /s/ David R. Krebs
         David R. Krebs
         *Signature of Attorney*
         Hester Baker Krebs LLC
         One Indiana Square, Suite 1600
         211 N. Pennsylvania Street
         Indianapolis, IN 46204
         (317) 833-3030   Fax: (317) 833-3031
         *Name of law firm*

## United States Bankruptcy Court
### Southern District of Indiana

In re   Kentuckiana Medical Center, LLC                  Case No.   19-90617-BHL-7

                                     Debtor(s)             Chapter   7

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Agent of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   July 16, 2019                  /s/ Jeff McCall

                                           Jeff McCall/Authorized Agent
                                           Signer/Title