Fill in this information to identify the case:

Debtor name  Kentuckiana Medical Center, LLC

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF INDIANA

Case number (if known)  19-90617-BHL-7

■ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■   *Amended Schedule*   E/F and G
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8/8/19    x _____
       Signature of individual signing on behalf of debtor

Jeff McCall
Printed name

Authorized Agent
Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Kentuckiana Medical Center, LLC___

United States Bankruptcy Court for the:   ___SOUTHERN DISTRICT OF INDIANA___

Case number (if known)   ___19-90617-BHL-7___

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>3DR Laboratories II, LLC<br>9987 Carver, Suite 210<br>Cincinnati, OH 45242<br><br>Date(s) debt was incurred _through 4/2019_<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Open Account_<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $2,400.00 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Abbott Laboratories, Inc.<br>6300 Bee Cave Road, Bldg. Two, S<br>Austin, TX 78746<br><br>Date(s) debt was incurred _through 3/2019_<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Open Account_<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $321,708.37 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Abbott Vascular Devices<br>75 Remittance Drive, Suite 113<br>Chicago, IL 60675<br><br>Date(s) debt was incurred _through 3/2019_<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Open Account_<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $111,770.69 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Abiomed, Inc.<br>P.O. Box 6214<br>Boston, MA 02212<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Open Account_<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $199,453.00 |

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,995.00**

Absolute Imaging Solutions
P.O. Box 687
Oak Ridge, NC 27310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2018
Last 4 digits of account number _

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,340.00**

Accent
P.O. Box 952366
Saint Louis, MO 63195-5516

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2018
Last 4 digits of account number _

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,642.51**

Airgas USA, LLC
P.O. Box 532609
Atlanta, GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  through 4/2019
Last 4 digits of account number _

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$44,639.74**

George Alcorn
730 W. Main Street
Madison, IN 47250-3105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2013
Last 4 digits of account number _

Basis for the claim:  Promissory Note associated with prior Chapter 11
bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,663.71**

Alere Informatics
P.O. Box 845849
Boston, MA 02284-5849

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2018
Last 4 digits of account number _

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,670.00**

All My Sons Moving & Storage
2400 Old Mill Road
Carrollton, TX 75007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$121.55**

Allied Interstate, LLC
P.O. Box 19326
Minneapolis, MN 55419

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  Kentuckiana Medical Center, LLC
Name

Case number (if known)  19-90617-BHL-7

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $52,486.22
---|---|---|---
| American Red Cross | ☐ Contingent |
| P.O. Box 73013 | ☐ Unliquidated |
| Chicago, IL 60673-7013 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Open Account |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $368.00
| AMSC, Inc. | ☐ Contingent |
| 12941 US Hwy. 42 | ☐ Unliquidated |
| Prospect, KY 40059 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Open Account |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $263.26
| Anacom Medtek | ☐ Contingent |
| 1240 S. Claudina Street | ☐ Unliquidated |
| Anaheim, CA 92805-6232 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Open Account |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $321.00
| Angiodynamics | ☐ Contingent |
| P.O. Box 1549 | ☐ Unliquidated |
| Albany, NY 12201-1549 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Open Account |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,471.75
| Aramark Refreshment Services | ☐ Contingent |
| 8435 Georgetown Road, Suite 100 | ☐ Unliquidated |
| Indianapolis, IN 46268 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Open Account |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28,373.01
| Aramark Uniform Services | ☐ Contingent |
| P.O. Box 731676 | ☐ Unliquidated |
| Dallas, TX 75373-1676 | ☐ Disputed |
| **Date(s) debt was incurred**  through 4/2019 | **Basis for the claim:**  Open Account |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $240.65
| Arbor Health, LLC | ☐ Contingent |
| P.O. Box 681389 | ☐ Unliquidated |
| Franklin, TN 37069 | ☐ Disputed |
| **Date(s) debt was incurred**  2018 | **Basis for the claim:**  Open Account |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page  3 of 36

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $973.32 |
|---|---|---|
| Armstrong Medical Ind | ☐ Contingent | |
| 575 Knightsbridge Parkway | ☐ Unliquidated | |
| Lincolnshire, IL 60069-0770 | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Open Account | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Denise Arnett | ■ Contingent | |
| c/o The Sampson Law Firm | ■ Unliquidated | |
| 450 S. Third Street, 4th Floor | ■ Disputed | |
| Louisville, KY 40202 | | |
| Date(s) debt was incurred  2010 | Basis for the claim:  Potential Medical Malpractice Claim | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Estate of David C. Arnett, Sr | ■ Contingent | |
| c/o The Sampson Law Firm | ■ Unliquidated | |
| 450 S. Third Street, 4th Floor | ■ Disputed | |
| Louisville, KY 40202 | | |
| Date(s) debt was incurred  2010 | Basis for the claim:  Potential Medical Malpractice Claim | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,065.56 |
|---|---|---|
| Arrow International, Inc. | ☐ Contingent | |
| P.O. Box 60519 | ☐ Unliquidated | |
| Charlotte, NC 28260 | ☐ Disputed | |
| Date(s) debt was incurred  through 2/2019 | Basis for the claim:  Open Account | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,638.77 |
|---|---|---|
| AT&T | ☐ Contingent | |
| P.O. Box 8100 | ☐ Unliquidated | |
| Aurora, IL 60507-8100 | ☐ Disputed | |
| Date(s) debt was incurred  through 3/2019 | Basis for the claim:  Open Account | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,070.33 |
|---|---|---|
| AT&T Corp. | ☐ Contingent | |
| One AT&T Way, Room 3A218 | ☐ Unliquidated | |
| Bedminster, NJ 07921-2693 | ☐ Disputed | |
| Date(s) debt was incurred  2013 | Basis for the claim:  Promissory Note associated with prior Chapter 11 bankruptcy | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87,413.48 |
|---|---|---|
| Baptist Health Floyd | ☐ Contingent | |
| 1850 State Street | ☐ Unliquidated | |
| New Albany, IN 47150 | ☐ Disputed | |
| Date(s) debt was incurred  through 4/2019 | Basis for the claim:  Open Account | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address**
Baxter Healthcare Corp.
P.O. Box 70564
Chicago, IL 60673-0564

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open Account

Is the claim subject to offset? ■ No ☐ Yes

$6,089.15

---

**3.27** | **Nonpriority creditor's name and mailing address**
Joseph H. Beaven, M.D.
9431 County Road 403
Charlestown, IN 47111

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open Account

Is the claim subject to offset? ■ No ☐ Yes

$25,000.00

---

**3.28** | **Nonpriority creditor's name and mailing address**
David Berry
6001 O'Possum Trot Road
Charlestown, IN 47111-9137

Date(s) debt was incurred  2013

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

$29,294.83

---

**3.29** | **Nonpriority creditor's name and mailing address**
BHS Hospital Services, Inc.
P.O. Box 538449
Atlanta, GA 30353

Date(s) debt was incurred  through 2/2019

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open Account

Is the claim subject to offset? ■ No ☐ Yes

$60,753.68

---

**3.30** | **Nonpriority creditor's name and mailing address**
Bio Rad Laboratories
P.O. Box 849740
Los Angeles, CA 90084

Date(s) debt was incurred  through 2/2019

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$29,547.40

---

**3.31** | **Nonpriority creditor's name and mailing address**
Bio-Medical Applications of KY, Inc.
16343 Collection Center Road
Chicago, IL 60693

Date(s) debt was incurred  4/2019

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$36,684.85

---

**3.32** | **Nonpriority creditor's name and mailing address**
Bio-Medical Applications of KY, Inc.
16343 Collection Center Road
Chicago, IL 60693

Date(s) debt was incurred  2013

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

$55,744.89

---

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

---

**3.33** **Nonpriority creditor's name and mailing address**
Biotronik, Inc.
P.O. Box 205421
Dallas, TX 75320-5421

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$20,450.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**
Black Diamond Pest Control
4911 Hamaburg Pike
Jeffersonville, IN 47130

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$690.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** **Nonpriority creditor's name and mailing address**
Blue & Co., LLC
2712 Solution Center
Chicago, IL 60677-2007

Date(s) debt was incurred  4/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$25,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** **Nonpriority creditor's name and mailing address**
Bluegrass BioMedical, Inc.
P.O. Box 296
Danville, KY 40422

Date(s) debt was incurred  through 3/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$3,875.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** **Nonpriority creditor's name and mailing address**
Bluegrass Net
321 E. Breckenridge Street
Louisville, KY 40203

Date(s) debt was incurred  through 3/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$1,400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** **Nonpriority creditor's name and mailing address**
Boston Scientific Corp.
P.O. Box 951653
Dallas, TX 75395

Date(s) debt was incurred  through 4/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$136,043.32**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** **Nonpriority creditor's name and mailing address**
Boston Scientific Corp.
P.O. Box 951653
Dallas, TX 75395

Date(s) debt was incurred  2013
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$59,784.70**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Promissory Note associated with prior Chapter 11
bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  Kentuckiana Medical Center, LLC
Name

Case number (if known)  19-90617-BHL-7

---

| 3.40 | **Nonpriority creditor's name and mailing address**<br>Estate of Wilburn C. Bowling<br>c/o Law Office of Nick Stein<br>810 E. Market Street<br>New Albany, IN 47150 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|

**Date(s) debt was incurred**  2014

**Last 4 digits of account number**  _

**Basis for the claim:**  Potential Medical Malpractice Claim

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address**<br>Wanda F. Bowling<br>c/o Law Office of Nick Stein<br>810 E. Market Street<br>New Albany, IN 47150 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|

**Date(s) debt was incurred**  2014

**Last 4 digits of account number**  _

**Basis for the claim:**  Potential Medical Malpractice Claim

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address**<br>Bryan Corporation (Lymol Medical)<br>4 Plympton Street<br>Woburn, MA 01801-2996 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$251.00** |
|---|---|---|---|

**Date(s) debt was incurred**  _

**Last 4 digits of account number**  _

**Basis for the claim:**  Open Account

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address**<br>Business Health Plus<br>4755 Highway 31<br>Clarksville, IN 47129 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,027.00** |
|---|---|---|---|

**Date(s) debt was incurred**  _

**Last 4 digits of account number**  _

**Basis for the claim:**  Open Account

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address**<br>C & I Electronics<br>1700 N. Lafayette Avenue<br>Evansville, IN 47711-4595 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15.00** |
|---|---|---|---|

**Date(s) debt was incurred**  through 2/2019

**Last 4 digits of account number**  _

**Basis for the claim:**  Open Account

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address**<br>C R Bard Davol / C R Bard, Inc.<br>P.O. Box 75767<br>Charlotte, NC 28275 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11,163.22** |
|---|---|---|---|

**Date(s) debt was incurred**  _

**Last 4 digits of account number**  _

**Basis for the claim:**  Open Account

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address**<br>Jeffrey A. Campbell<br>1804 E. Tenth Street<br>Jeffersonville, IN 47130 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$329,694.24** |
|---|---|---|---|

**Date(s) debt was incurred**  _

**Last 4 digits of account number**  _

**Basis for the claim:**  _

**Is the claim subject to offset?** ■ No  ☐ Yes

---

Debtor  Kentuckiana Medical Center, LLC
        Name

Case number (if known)   19-90617-BHL-7

---

**3.47**

**Nonpriority creditor's name and mailing address**
Carefusion Solutions, LLC
25082 Network Place
Chicago, IL 60673-1250

Date(s) debt was incurred  through 3/2019
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$43,278.23

---

**3.48**

**Nonpriority creditor's name and mailing address**
Carefusion Solutions, LLC
25082 Network Place
Chicago, IL 60673-1250

Date(s) debt was incurred  2013
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

$80,219.22

---

**3.49**

**Nonpriority creditor's name and mailing address**
Carstens
P.O. Box 99110
Chicago, IL 60693

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$34.14

---

**3.50**

**Nonpriority creditor's name and mailing address**
Keith B. Carter
250 W. Main Street, Suite 1400
Lexington, KY 40507-1721

Date(s) debt was incurred  2013
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

$13,949.92

---

**3.51**

**Nonpriority creditor's name and mailing address**
Cerner Corporation
P.O. Box 959156
Saint Louis, MO 63195-9156

Date(s) debt was incurred  through 4/2019
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$777,342.87

---

**3.52**

**Nonpriority creditor's name and mailing address**
Mary Lynell Chamberlain
c/o Ballinger McClain, PLLC
9720 Park Plaza Avenue, Suite 102
Louisville, KY 40241-2289

Date(s) debt was incurred  2013
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

$12,554.93

---

**3.53**

**Nonpriority creditor's name and mailing address**
Chapter 13 Trustee
200 S. 7th Street, Suite 310
Louisville, KY 40202

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$77.92

---

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

**3.54**

**Nonpriority creditor's name and mailing address**
Ciox Health
P.O. Box 409669
Atlanta, GA 30384

Date(s) debt was incurred  2018

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset?  ■ No  ☐ Yes

$534.56

---

**3.55**

**Nonpriority creditor's name and mailing address**
Clark County Treasurer
501 E. Court Avenue, #125
Jeffersonville, IN 47130

Date(s) debt was incurred  4/2019

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset?  ■ No  ☐ Yes

$92,425.24

---

**3.56**

**Nonpriority creditor's name and mailing address**
Clark Memorial Hospital
1220 Missouri Avenue
Jeffersonville, IN 47130

Date(s) debt was incurred  4/2019

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset?  ■ No  ☐ Yes

$996.00

---

**3.57**

**Nonpriority creditor's name and mailing address**
Clarksville Wastewater Dept.
P.O. Box 2668
Clarksville, IN 47131

Date(s) debt was incurred  2013

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset?  ■ No  ☐ Yes

$10,456.28

---

**3.58**

**Nonpriority creditor's name and mailing address**
Coit Services
P.O. Box 9058
Louisville, KY 40209

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset?  ■ No  ☐ Yes

$207.00

---

**3.59**

**Nonpriority creditor's name and mailing address**
Collection Services Center
839 5th Avenue
New Kensington, PA 15068

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset?  ■ No  ☐ Yes

$157.53

---

**3.60**

**Nonpriority creditor's name and mailing address**
Comprehensive Pharmacy Services, LLC
P.O. Box 638316
Cincinnati, OH 45263

Date(s) debt was incurred  through 4/2019

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset?  ■ No  ☐ Yes

$50,273.98

---

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

**3.61** | **Nonpriority creditor's name and mailing address**
Constellation New Energy-Gas Div, LLC
P.O. Box 5473
Carol Stream, IL 60197

Date(s) debt was incurred  through 4/2019
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$21,207.49

---

**3.62** | **Nonpriority creditor's name and mailing address**
Craneware, Inc.
P.O. Box 934241
Atlanta, GA 31193-4241

Date(s) debt was incurred  2018
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$48,422.63

---

**3.63** | **Nonpriority creditor's name and mailing address**
Cryolife, Inc.
P.O. Box 102312
Atlanta, GA 30368

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$10,552.46

---

**3.64** | **Nonpriority creditor's name and mailing address**
CS Medical
2179 E. Lyon Station Road
Creedmoor, NC 27522

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$822.36

---

**3.65** | **Nonpriority creditor's name and mailing address**
CT Corporation
P.O. Box 4349
Carol Stream, IL 60197

Date(s) debt was incurred  2018
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$124.41

---

**3.66** | **Nonpriority creditor's name and mailing address**
Culligan Water Systems
490 N. Clark Blvd.
Clarksville, IN 47129

Date(s) debt was incurred  through 3/2019
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$667.68

---

**3.67** | **Nonpriority creditor's name and mailing address**
Cummins Crosspoint
75 Remittance Drive, Suite 1701
Chicago, IL 60675-1701

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$354.45

---

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,941.00 |
|---|---|---|---|

Daikin Applied
24827 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018_

**Last 4 digits of account number** _

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $536.00 |
|---|---|---|---|

Data Facts, Inc.
P.O. Box 4276
Cordova, TN 38088-4276

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018_

**Last 4 digits of account number** _

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,230.00 |
|---|---|---|---|

Data Strategy, LLC
5555 Corporate Exchange Ct. SE
Grand Rapids, MI 49512

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _through 3/2019_

**Last 4 digits of account number** _

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,720.00 |
|---|---|---|---|

Daves & Kelly, Inc.
P.O. Box 91558
Louisville, KY 40291

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _through 4/2019_

**Last 4 digits of account number** _

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $81.17 |
|---|---|---|---|

Dept. of Education AWG
P.O. Box 5609
Greenville, TX 75403-5609

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $32,193.20 |
|---|---|---|---|

Depuy Synthes
5972 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _through 3/2019_

**Last 4 digits of account number** _

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,436.00 |
|---|---|---|---|

Dormakaba USA, Inc.
P.O. Box 896542
Charlotte, NC 28289

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2/2019_

**Last 4 digits of account number** _

**Basis for the claim:** _Open Account_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|--------|----------------------------------|-------------------------|----------------|
| | Name | | |

**3.75** | **Nonpriority creditor's name and mailing address**
Dr. Beavens
9431 County Road 403
Charlestown, IN 47111

Date(s) debt was incurred  2013

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

$53,672.31

---

**3.76** | **Nonpriority creditor's name and mailing address**
Draeger Medical, Inc.
P.O. Box 13369
Newark, NJ 07101-3362

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$488.72

---

**3.77** | **Nonpriority creditor's name and mailing address**
Duke Energy
P.O. Box 1327
Charlotte, NC 28201-1327

Date(s) debt was incurred  4/2019

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ☐ No ■ Yes

$74,238.87

---

**3.78** | **Nonpriority creditor's name and mailing address**
DXC Technology
Indiana Health Coverage Program
950 N. Meridian Street, Suite 1150
Indianapolis, IN 46204

Date(s) debt was incurred  12/2017 through

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Health Assessment Fee

Is the claim subject to offset? ■ No ☐ Yes

$1,790,168.60

---

**3.79** | **Nonpriority creditor's name and mailing address**
Earthgrains Company
P.O. Box 4412
Bridgeton, MO 63044-0412

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$31.35

---

**3.80** | **Nonpriority creditor's name and mailing address**
Elite Tech, LLC
P.O. Box 6622
Shepherdsville, KY 40165

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$581.12

---

**3.81** | **Nonpriority creditor's name and mailing address**
Emcare, Inc.
7032 Collection Center Drive
Chicago, IL 60693

Date(s) debt was incurred  through 4/2019

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$890,036.57

---

Debtor    Kentuckiana Medical Center, LLC
Name

Case number (if known)    19-90617-BHL-7

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,543.00 |
|---|---|---|---|

Endo Technologies, Inc.
6650 New Nashville Hwy., Suite 100
Smyrna, TN 37167

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2013

Last 4 digits of account number _

Basis for the claim:  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $913.15 |
|---|---|---|---|

File Management Pros, LLC
7735 Nat'l Turnpike, Suite 100
Louisville, KY 40214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,039.02 |
|---|---|---|---|

Flexential Kentucky, LLC
P.O. Box 534326
Atlanta, GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/2019

Last 4 digits of account number _

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,193.66 |
|---|---|---|---|

Foulston Siefkin, LLP
1551 N. Waterfront Parkway
Wichita, KS 67206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  through 3/2019

Last 4 digits of account number _

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $506.38 |
|---|---|---|---|

FP Mailing Solutions
P.O. Box 157
Bedford Park, IL 60499-0157

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/2019

Last 4 digits of account number _

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $184,410.67 |
|---|---|---|---|

FSSA Claim Repayment
P.O. Box 621007
Indianapolis, IN 46262-1007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2018

Last 4 digits of account number _

Basis for the claim:  Open Account

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,580.00 |
|---|---|---|---|

Futurestep, Inc.
P.O. Box 1450
Minneapolis, MN 55485-5065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2018

Last 4 digits of account number _

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  Kentuckiana Medical Center, LLC
Name

Case number (if known)     19-90617-BHL-7

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192,828.55 |
|---|---|---|---|

**3.89** Nonpriority creditor's name and mailing address
Galichia Hospital Group
2600 N. Woodlawn
Wichita, KS 67220

Date(s) debt was incurred  through 3/2019

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$192,828.55

---

**3.90** Nonpriority creditor's name and mailing address
GE Precision Healthcare, LLC
P.O. Box 96483
Chicago, IL 60693

Date(s) debt was incurred  through 4/2019

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$127,329.67

---

**3.91** Nonpriority creditor's name and mailing address
Global Industries Equip.
29833 Network Place
Chicago, IL 60673-1298

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$1,339.00

---

**3.92** Nonpriority creditor's name and mailing address
Grainger
Dept. 876753955
Palatine, IL 60038

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$92.66

---

**3.93** Nonpriority creditor's name and mailing address
Granite Telecommunications
Client ID #311
P.O. Box 983119
Boston, MA 02298-3119

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$908.09

---

**3.94** Nonpriority creditor's name and mailing address
Greater Louisville Med Society
328 E. Main Street
Louisville, KY 40202

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$300.00

---

**3.95** Nonpriority creditor's name and mailing address
Green & Orange Cab
1811 W. Main Street
Louisville, KY 40203

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$380.00

---

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|--------|--------------------------------|------------------------|----------------|
|        | Name                           |                        |                |

---

**3.96**

**Nonpriority creditor's name and mailing address**
Hadrotes Property CPC #3
9900 Shelbyville Road
Louisville, KY 40223

Date(s) debt was incurred  2013
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

$141,359.17

---

**3.97**

**Nonpriority creditor's name and mailing address**
Estate of Martha Hall
c/o Palmer Thompson Law, LLC
404 E. Main Street
New Albany, IN 47150

Date(s) debt was incurred  2013
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Medical Malpractice Claim

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.98**

**Nonpriority creditor's name and mailing address**
William Hall
c/o Palmer Thompson Law, LLC
404 E. Main Street
New Albany, IN 47150

Date(s) debt was incurred  2013
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Medical Malpractice Claim

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.99**

**Nonpriority creditor's name and mailing address**
Eli Hallal
2 Silvercreek Drive, #100
New Albany, IN 47150

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,412,000.00

---

**3.100**

**Nonpriority creditor's name and mailing address**
Henry W. Harriso IV
c/o Garau Germano Hanley & Pennington PC
151 N. Delaware Street, Suite 1515
Indianapolis, IN 46204

Date(s) debt was incurred  2012
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Medical Malpractice Claim

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.101**

**Nonpriority creditor's name and mailing address**
Estate of Teddie Duane Harrison
c/o Garau Germano Hanley & Pennington PC
151 N. Delaware Street, Suite 1515
Indianapolis, IN 46204

Date(s) debt was incurred  2012
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Medical Malpractice Claim

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.102**

**Nonpriority creditor's name and mailing address**
Rebecca Harrison
c/o Garau Germano Hanley & Pennington PC
151 N. Delaware Street, Suite 1515
Indianapolis, IN 46204

Date(s) debt was incurred  2012
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential Medical Malpractice Claim

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor    Kentuckiana Medical Center, LLC
Name

Case number (if known)    19-90617-BHL-7

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161.20 |
|---|---|---|---|

**3.103**

**Nonpriority creditor's name and mailing address**
Health Care Logistics, Inc.
P.O. Box 400
Circleville, OH 43113

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$161.20**

---

**3.104**

**Nonpriority creditor's name and mailing address**
HFAP
142 E. Ontario, 10th Floor
Chicago, IL 60611-2864

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$2,180.42**

---

**3.105**

**Nonpriority creditor's name and mailing address**
Hill Rom Co., Inc.
P.O. Box 643592
Pittsburgh, PA 15264

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$14,061.00**

---

**3.106**

**Nonpriority creditor's name and mailing address**
iMedX, Inc.
P.O. Box 52217
Newark, NJ 07101-0220

Date(s) debt was incurred  2/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$1,640.18**

---

**3.107**

**Nonpriority creditor's name and mailing address**
IN State Central Coll. Unit
P.O. Box 7130
Indianapolis, IN 46207-7130

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$267.24**

---

**3.108**

**Nonpriority creditor's name and mailing address**
Indiana American Water
P.O. Box 94551
Palatine, IL 60094

Date(s) debt was incurred  4/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$1,992.68**

---

**3.109**

**Nonpriority creditor's name and mailing address**
Indiana Poison Center
1701 N. Senate Avenue
Indianapolis, IN 46202

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$2,895.00**

---

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

**3.110**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| Infab Corporation | ☐ Contingent |
| 1040 Avenida Acaso | ☐ Unliquidated |
| Camarillo, CA 93012 | ☐ Disputed |
| Date(s) debt was incurred  2/2019 | **Basis for the claim:**  Open Account |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

$1,916.35

**3.111**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| Intec Building Services | ☐ Contingent |
| 3812 Bardstown Road | ☐ Unliquidated |
| Louisville, KY 40218 | ☐ Disputed |
| Date(s) debt was incurred  4/2019 | **Basis for the claim:**  Open Account |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

$6,000.00

**3.112**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| Integra Lifesciences | ☐ Contingent |
| P.O. Box 404129 | ☐ Unliquidated |
| Atlanta, GA 30384-4129 | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:**  Open Account |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

$2,390.46

**3.113**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| Integrated Rental Services | ☐ Contingent |
| 2601 Stanley Gault Pkwy. | ☐ Unliquidated |
| Louisville, KY 40223 | ☐ Disputed |
| Date(s) debt was incurred  through 4/2019 | **Basis for the claim:**  Open Account |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

$19,239.97

**3.114**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| J & J Health Care Systems | ☐ Contingent |
| P.O. Box 406663 | ☐ Unliquidated |
| Atlanta, GA 30384 | ☐ Disputed |
| Date(s) debt was incurred  through 3/2019 | **Basis for the claim:**  Open Account |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

$25,056.98

**3.115**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| J & S Cleaning, LLC | ☐ Contingent |
| 237 Tammy Lane | ☐ Unliquidated |
| Shepherdsville, KY 40165 | ☐ Disputed |
| Date(s) debt was incurred  through 2/2019 | **Basis for the claim:**  Open Account |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

$2,544.00

**3.116**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| J2S Medical | ☐ Contingent |
| 1002 Ford Circle, Suite D | ☐ Unliquidated |
| Milford, OH 45150 | ☐ Disputed |
| Date(s) debt was incurred  through 3/2019 | **Basis for the claim:**  Open Account |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

$1,612.85

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

---

**3.117** **Nonpriority creditor's name and mailing address**
Jewish Hospital & S.M.H.
P.O. Box 645440
Pittsburgh, PA 15264-5252

Date(s) debt was incurred **4/2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                                      **$344.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** **Nonpriority creditor's name and mailing address**
Johnson & Johnson Finance Corporation
c/o Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Date(s) debt was incurred **2013**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                                  **$22,311.70**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** **Nonpriority creditor's name and mailing address**
Johnson Controls Fire Protection LP
Dept. CH 10320
Palatine, IL 60055-0320

Date(s) debt was incurred **4/2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                                      **$212.97**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** **Nonpriority creditor's name and mailing address**
KCI USA
P.O. Box 301557
Dallas, TX 75303-1557

Date(s) debt was incurred **through 3/2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                                  **$14,769.69**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** **Nonpriority creditor's name and mailing address**
KHEAA / Kentucky Higher Education
Assistance Authority
10180 Linn Station Road
Louisville, KY 40223

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                                      **$201.95**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** **Nonpriority creditor's name and mailing address**
KMC Real Estate Investors, LLC
760 NW 107th Avenue, 4th Floor
Miami, FL 33172

Date(s) debt was incurred **2013**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                                     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential deficiency arising from termination of lease.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** **Nonpriority creditor's name and mailing address**
Kort Rehab @ Home
3626 Grantline Road
New Albany, IN 47150-6417

Date(s) debt was incurred **4/2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                                      **$360.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

**3.124**

Nonpriority creditor's name and mailing address
Landauer, Inc.
P.O. Box 809051
Chicago, IL 60680

Date(s) debt was incurred  3/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$3,112.80

---

**3.125**

Nonpriority creditor's name and mailing address
Lantheus Medical Imaging, Inc.
P.O. Box 101236
Atlanta, GA 30392-1236

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$9,000.00

---

**3.126**

Nonpriority creditor's name and mailing address
Renato LaRocca
676 S. Floyd Street
Louisville, KY 40202

Date(s) debt was incurred  2013
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

$300,000.00

---

**3.127**

Nonpriority creditor's name and mailing address
Renato LaRocca
2201 Goshen Lane
Goshen, KY 40026-9514

Date(s) debt was incurred  2013
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

$348,747.95

---

**3.128**

Nonpriority creditor's name and mailing address
Renato LaRocca
2201 Goshen Lane
Goshen, KY 40026-9514

Date(s) debt was incurred  2013
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

$30,689.82

---

**3.129**

Nonpriority creditor's name and mailing address
Level 3 Communications, LLC
P.O. Box 910182
Denver, CO 80291-0182

Date(s) debt was incurred  4/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$4,913.60

---

**3.130**

Nonpriority creditor's name and mailing address
LG&E
P.O. Box 9001960
Louisville, KY 40290-1960

Date(s) debt was incurred _
Last 4 digits of account number  6498

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$1,809.96

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    Kentuckiana Medical Center, LLC
Name
                                                             Case number (if known)    19-90617-BHL-7

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,884.00 |

**3.131** Nonpriority creditor's name and mailing address
Life Safety Services
908 S. 8th Street, Suite 500
Louisville, KY 40203

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$5,884.00

---

**3.132** Nonpriority creditor's name and mailing address
Lifecell Corporation
One Millennium Way
Branchburg, NJ 08876

Date(s) debt was incurred  2018
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$2,058.00

---

**3.133** Nonpriority creditor's name and mailing address
M & M Office Products
110 S. Indiana Avenue, Suite A
Sellersburg, IN 47172

Date(s) debt was incurred  3/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$7,201.10

---

**3.134** Nonpriority creditor's name and mailing address
Magview
3915 National Drive, Suite 200
Burtonsville, MD 20866

Date(s) debt was incurred  2018
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$4,589.10

---

**3.135** Nonpriority creditor's name and mailing address
Maine Standards
221 US Route 1
Cumberland Foreside, ME 04110

Date(s) debt was incurred  2018
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$1,166.11

---

**3.136** Nonpriority creditor's name and mailing address
Maquet Medical Systems, USA
P.O. Box 775436
Chicago, IL 60677-5436

Date(s) debt was incurred  2018
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$5,090.00

---

**3.137** Nonpriority creditor's name and mailing address
Marketlab, Inc.
Dept. 2506
P.O. Box 11407
Birmingham, AL 35246-2506

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$4,974.14

Debtor    Kentuckiana Medical Center, LLC
_____
Name                                                                              Case number (if known)    19-90617-BHL-7

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,789.98 |

**3.138**

Nonpriority creditor's name and mailing address
John W. McConnell
c/o Dinsmore & Shohl, LLP
101 S. Fifth Street, Suite 2500
Louisville, KY 40202-3115

Date(s) debt was incurred  2013

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

$2,789.98

---

**3.139**

Nonpriority creditor's name and mailing address
McKesson Technologies, Inc.
P.O. Box 634404
Cincinnati, OH 45263-4404

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ☐ No ☐ Yes

$289.83

---

**3.140**

Nonpriority creditor's name and mailing address
Medistreams
P.O. Box 888387
Atlanta, GA 30356

Date(s) debt was incurred  4/2019

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ☐ No ☐ Yes

$79.90

---

**3.141**

Nonpriority creditor's name and mailing address
Medivators
14605 28th Ave. North
Minneapolis, MN 55447

Date(s) debt was incurred  through 2/2019

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$9,229.97

---

**3.142**

Nonpriority creditor's name and mailing address
Medline Industries, Inc.
P.O. Box 382075
Pittsburgh, PA 15251-8075

Date(s) debt was incurred  4/2019

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$42,198.71

---

**3.143**

Nonpriority creditor's name and mailing address
Medrad, Inc.
c/o Bayer Corp.
3930 Edison Lakes Parkway
Mishawaka, IN 46545-3443

Date(s) debt was incurred  2013

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

$5,579.97

---

**3.144**

Nonpriority creditor's name and mailing address
Medtronic USA, Inc.
4642 Collection Center Drive
Chicago, IL 60693-0046

Date(s) debt was incurred  3/2019

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$9,512.00

---

Debtor    Kentuckiana Medical Center, LLC
      Name

Case number (if known)    19-90617-BHL-7

---

**3.145**  **Nonpriority creditor's name and mailing address**
Midwest Medical Systems, LLC
655 Congress Park Drive
Dayton, OH 45459

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$751.18

---

**3.146**  **Nonpriority creditor's name and mailing address**
MiMedX Group, Inc.
1775 West Oak Commons Ct. NE
Marietta, GA 30062

Date(s) debt was incurred  through 2/2019

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$44,787.00

---

**3.147**  **Nonpriority creditor's name and mailing address**
Mindseeker, Inc.
P.O. Box 743672
Atlanta, GA 30384-3672

Date(s) debt was incurred  through 2/2019

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$46,395.00

---

**3.148**  **Nonpriority creditor's name and mailing address**
Mobile Instrument Service
333 Water Avenue
Bellefontaine, OH 43311

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$583.80

---

**3.149**  **Nonpriority creditor's name and mailing address**
New Benefits, Ltd.
14240 Proton Road
Dallas, TX 75244

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$975.00

---

**3.150**  **Nonpriority creditor's name and mailing address**
New Chapel EMS
P.O. Box 1374
New Albany, IN 47151-1374

Date(s) debt was incurred  through 2/2019

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$2,531.83

---

**3.151**  **Nonpriority creditor's name and mailing address**
Northgate Medical Imaging
P.O. Box 950225
Louisville, KY 40295

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$2,204.28

---

Debtor   Kentuckiana Medical Center, LLC
Name

Case number (if known)   19-90617-BHL-7

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $514.93 |
|---|---|---|---|

**3.152**

**Nonpriority creditor's name and mailing address**
Norton Healthcare, Inc.
Department 86100
P.O. Box 36370
Louisville, KY 40233-6370

Date(s) debt was incurred   2018
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$514.93

---

**3.153**

**Nonpriority creditor's name and mailing address**
Norton Healthcare, Inc.
Department 86100
P.O. Box 36370
Louisville, KY 40233-6370

Date(s) debt was incurred   2013
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

$16,386.90

---

**3.154**

**Nonpriority creditor's name and mailing address**
Novarad Corporation
752 E. 1180 S, Suite 200
American Fork, UT 84003

Date(s) debt was incurred   through 4/2019
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$32,523.72

---

**3.155**

**Nonpriority creditor's name and mailing address**
Nuvasive Clinical Services Monitoring
10275 Little Patuxent Pkwy.
Columbia, MD 21044

Date(s) debt was incurred   2018
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$950.00

---

**3.156**

**Nonpriority creditor's name and mailing address**
Office of the Standing Trustee
200 S. 7th Street, Suite 310
Louisville, KY 40202

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$842.31

---

**3.157**

**Nonpriority creditor's name and mailing address**
Olympus America, Inc.
P.O. Box 200194
Pittsburgh, PA 15251

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$3,046.29

---

**3.158**

**Nonpriority creditor's name and mailing address**
Ortho-Clinical Diagnostics, Inc.
P.O. Box 3655
Carol Stream, IL 60132-3655

Date(s) debt was incurred   through 3/2019
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$9,992.83

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

**3.159** | **Nonpriority creditor's name and mailing address**
Paragon 28, Inc.
48 Inverness Court East, Suite 280
Englewood, CO 80112

Date(s) debt was incurred  2018

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$4,569.50

---

**3.160** | **Nonpriority creditor's name and mailing address**
Paycom Payroll, LLC
7501 W. Memorial Road
Oklahoma City, OK 73142

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$507.00

---

**3.161** | **Nonpriority creditor's name and mailing address**
Performant Recovery, Inc.
333 N. Canyons Parkway, Suite 100
Livermore, CA 94551

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$163.91

---

**3.162** | **Nonpriority creditor's name and mailing address**
Pfizer, Inc.
P.O. Box 100539
Atlanta, GA 30384-0539

Date(s) debt was incurred  2018

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$1,085.45

---

**3.163** | **Nonpriority creditor's name and mailing address**
Philips Healthcare
22100 Bothell Evertt Hwy.
Bothell, WA 98021

Date(s) debt was incurred  2018

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$12,786.50

---

**3.164** | **Nonpriority creditor's name and mailing address**
Physicians Primary Care, LLC
1804 E. 10th Street
Jeffersonville, IN 47130

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Promissory Note associated with prior Chapter 11
bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

$440,795.57

---

**3.165** | **Nonpriority creditor's name and mailing address**
POW!, Inc.
P.O. Box 523007
Miami, FL 33152

Date(s) debt was incurred  through 4/2019

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$4,381.25

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  **Kentuckiana Medical Center, LLC**
Name

Case number (if known)  **19-90617-BHL-7**

| | | |
|---|---|---|
| **3.166** **Nonpriority creditor's name and mailing address**<br>Precision Dynamics Corp.<br>P.O. Box 71549<br>Chicago, IL 60694-1995<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Open Account<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$547.43** |
| **3.167** **Nonpriority creditor's name and mailing address**<br>Priority Healthcare Dist.<br>dba Curascript SD<br>P.O. Box 978510<br>Dallas, TX 75397-8510<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Open Account<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$536.14** |
| **3.168** **Nonpriority creditor's name and mailing address**<br>Prodigy Health Supplier Corporation<br>P.O. Box 95429<br>Grapevine, TX 76099-9734<br><br>Date(s) debt was incurred  through 4/2019<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Open Account<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,504.89** |
| **3.169** **Nonpriority creditor's name and mailing address**<br>Progressive Medical, Inc.<br>997 Horan Drive<br>Fenton, MO 63026<br><br>Date(s) debt was incurred  through 2/2019<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Open Account<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,192.66** |
| **3.170** **Nonpriority creditor's name and mailing address**<br>Prosoft MEDantex<br>3080 Olcott Street, Suite 225D<br>Santa Clara, CA 95054-3244<br><br>Date(s) debt was incurred  2013<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Promissory Note associated with prior Chapter 11 bankruptcy<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$42,494.23** |
| **3.171** **Nonpriority creditor's name and mailing address**<br>Q-Centrix<br>Attn:  CFO<br>1 North Franklin, Suite 1800<br>Chicago, IL 60606<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Open Account<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$71,278.89** |
| **3.172** **Nonpriority creditor's name and mailing address**<br>Quality Reimbursement Services, Inc.<br>c/o Alan J. Sedley, Esq.<br>18880 Douglas, Suite 404<br>Irvine, CA 92612<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Lawsuit<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor    Kentuckiana Medical Center, LLC                                    Case number (if known)    19-90617-BHL-7
          Name

| | | |
|---|---|---|
| **3.173** | **Nonpriority creditor's name and mailing address**<br>Quick Medical<br>30200 S.E. 79th St., Suite 120<br>Issaquah, WA 98027-8792 | As of the petition filing date, the claim is: *Check all that apply.*    $9,704.66<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  2018 | Basis for the claim:  Open Account |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |
| **3.174** | **Nonpriority creditor's name and mailing address**<br>Zaka Rahman<br>c/o Ballinger McClain, PLLC<br>9720 Park Plaza Avenue, Suite 102<br>Louisville, KY 40241-2289 | As of the petition filing date, the claim is: *Check all that apply.*    $12,275.93<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  2013 | Basis for the claim:  Promissory Note associated with prior Chapter 11 bankruptcy |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |
| **3.175** | **Nonpriority creditor's name and mailing address**<br>Raymond's Lawn Care, LLC<br>P.O. Box 2481<br>Jeffersonville, IN 47131 | As of the petition filing date, the claim is: *Check all that apply.*    $1,675.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  Open Account |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |
| **3.176** | **Nonpriority creditor's name and mailing address**<br>Reflex Graphics, Inc.<br>1902 Campus Place, Suite 11<br>Louisville, KY 40299 | As of the petition filing date, the claim is: *Check all that apply.*    $74.63<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  Open Account |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |
| **3.177** | **Nonpriority creditor's name and mailing address**<br>Repligen Corporation<br>41 Seyon Street, Bldg. 1, Suite 100<br>Waltham, MA 02453 | As of the petition filing date, the claim is: *Check all that apply.*    $471.77<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  Open Account |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |
| **3.178** | **Nonpriority creditor's name and mailing address**<br>Ronald R. Reynolds<br>c/o Cline Farrell Christie Lee & Bell PC<br>951 N. Delaware Street<br>Indianapolis, IN 46202 | As of the petition filing date, the claim is: *Check all that apply.*    Unknown<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred  2017 | Basis for the claim:  Potential Medical Malpractice Claim |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |
| **3.179** | **Nonpriority creditor's name and mailing address**<br>Wanda L. Coghill Reynolds<br>c/o Cline Farrell Christie Lee & Bell PC<br>951 N. Delaware Street<br>Indianapolis, IN 46202 | As of the petition filing date, the claim is: *Check all that apply.*    Unknown<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred  2017 | Basis for the claim:  Potential Medical Malpractice Claim |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

---

**3.180** | **Nonpriority creditor's name and mailing address**
RL BB-IN KRE RE, LLC
Attn: Cheryl Baizan
760 NW 107th Avenue, 4th Floor
Miami, FL 33172

Date(s) debt was incurred  through 4/2019

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lease of Business Premises

Is the claim subject to offset? ☐ No ☐ Yes

**$17,482,250.90**

---

**3.181** | **Nonpriority creditor's name and mailing address**
RN Network
P.O. Box 974088
Dallas, TX 75397-4088

Date(s) debt was incurred  2018

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$47,709.75**

---

**3.182** | **Nonpriority creditor's name and mailing address**
Roche Diagnostics Corp.
Mail Code 5508
P.O. Box 71209
Charlotte, NC 28272-1209

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ☐ No ☐ Yes

**$667.17**

---

**3.183** | **Nonpriority creditor's name and mailing address**
John Rumisek
c/o Ballinger McClain, PLLC
9720 Park Plaza Avenue, Suite 102
Louisville, KY 40241-2289

Date(s) debt was incurred  2013

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Promissory Note associated with prior Chapter 11
bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

**$45,720.86**

---

**3.184** | **Nonpriority creditor's name and mailing address**
SCM True Air
5700 Poplar Level Road
Louisville, KY 40228

Date(s) debt was incurred  through 2/2019

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ☐ No ☐ Yes

**$1,970.54**

---

**3.185** | **Nonpriority creditor's name and mailing address**
Securitas Security
P.O. Box 403412
Atlanta, GA 30384

Date(s) debt was incurred  through 4/2019

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$48,429.67**

---

**3.186** | **Nonpriority creditor's name and mailing address**
Serc Products Corporation
P.O. Box 2127
New Albany, IN 47151

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$882.97**

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,269.79 |
|---|---|---|---|

**3.187** Nonpriority creditor's name and mailing address
Anil Sharma
7610 Beech Spring Farm Blvd.
Louisville, KY 40241-6419

Date(s) debt was incurred __2013__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Promissory Note associated with prior Chapter 11 bankruptcy__

Is the claim subject to offset? ■ No  ☐ Yes

$36,269.79

---

**3.188** Nonpriority creditor's name and mailing address
Shred-It USA, LLC
28883 Network Place
Chicago, IL 60673-1288

Date(s) debt was incurred __4/2019__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Open Account__

Is the claim subject to offset? ■ No  ☐ Yes

$2,614.88

---

**3.189** Nonpriority creditor's name and mailing address
Siemens H-Care Diagnostic
P.O. Box 121102
Dallas, TX 75312-1102

Date(s) debt was incurred __2018__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Open Account__

Is the claim subject to offset? ■ No  ☐ Yes

$3,800.00

---

**3.190** Nonpriority creditor's name and mailing address
Siemens Medical Solutions USA, Inc.
40 Liberty Blvd.
Malvern, PA 19355

Date(s) debt was incurred __through 3/2019__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Open Account__

Is the claim subject to offset? ■ No  ☐ Yes

$31,219.74

---

**3.191** Nonpriority creditor's name and mailing address
Smart Care Equipment Solutions
P.O. Box 74008980
Chicago, IL 60674

Date(s) debt was incurred __2018__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Open Account__

Is the claim subject to offset? ■ No  ☐ Yes

$2,916.09

---

**3.192** Nonpriority creditor's name and mailing address
Smith & Nephew, Inc.
P.O. Box 205651
Dallas, TX 75320-5651

Date(s) debt was incurred __2018__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Open Account__

Is the claim subject to offset? ■ No  ☐ Yes

$6,768.85

---

**3.193** Nonpriority creditor's name and mailing address
South Bend Med Foundation
118 W. Edison Road
Mishawaka, IN 46545-3143

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Open Account__

Is the claim subject to offset? ■ No  ☐ Yes

$5,477.86

---

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

---

**3.194** Nonpriority creditor's name and mailing address
Spectranetics Corporation
9965 Federal Drive
Colorado Springs, CO 80921

Date(s) debt was incurred  2018

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$9,881.45

---

**3.195** Nonpriority creditor's name and mailing address
St. Jude Medical, Inc.
22400 Network Place
Chicago, IL 60673-1224

Date(s) debt was incurred  2013

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No ☐ Yes

$162,573.16

---

**3.196** Nonpriority creditor's name and mailing address
Staples Business Advantage
P.O. Box 660409
Dallas, TX 75266-0409

Date(s) debt was incurred  through 4/2019

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$5,195.39

---

**3.197** Nonpriority creditor's name and mailing address
Stemler Corporation
1001 Penn Street
Jeffersonville, IN 47130

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$300.00

---

**3.198** Nonpriority creditor's name and mailing address
Steris Corporation
Lockbox #771652
1652 Solution Center
Chicago, IL 60677

Date(s) debt was incurred  2018

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$2,190.58

---

**3.199** Nonpriority creditor's name and mailing address
Steris Instrument Management Services
P.O. Box 531809
Atlanta, GA 30353

Date(s) debt was incurred  2018

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$3,533.79

---

**3.200** Nonpriority creditor's name and mailing address
Kimberly Stewart
c/o The Poppe Law Firm
8700 Westport Road, Suite 201
Louisville, KY 40242

Date(s) debt was incurred  2014

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential Medical Malpractice Claim

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor  **Kentuckiana Medical Center, LLC**                    Case number (if known)  19-90617-BHL-7
_____
Name

---

| | |
|---|---|
| **3.201** | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
Mio M. Stikovac
7211 Doe Crest Court
Prospect, KY 40059-9488

Date(s) debt was incurred  _2013_

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                    $36,269.79
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.202   Nonpriority creditor's name and mailing address**
Stimwave, LLC
1310 Park Central Blvd. South
Pompano Beach, FL 33064

Date(s) debt was incurred  _2018_

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                    $20,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.203   Nonpriority creditor's name and mailing address**
Stryker Endoscopy
P.O. Box 93276
Chicago, IL 60673

Date(s) debt was incurred  _through 4/2019_

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                    $8,285.93
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.204   Nonpriority creditor's name and mailing address**
Sunorah Hospitality Mgmt. Services, Inc.
1058 N. Bedford Court
Wichita, KS 67206-4353

Date(s) debt was incurred  _2013_

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                    $16,953.45
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.205   Nonpriority creditor's name and mailing address**
Sysco/Louisville Food Services
P.O. Box 32470
Louisville, KY 40232-2470

Date(s) debt was incurred  _3/2019_

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                    $9,038.34
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.206   Nonpriority creditor's name and mailing address**
Sysco/Louisville Food Services
P.O. Box 32470
Louisville, KY 40232-2470

Date(s) debt was incurred  _2013_

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                    $9,831.08
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.207   Nonpriority creditor's name and mailing address**
Sysmex America, Inc.
39923 Treasury Court
Chicago, IL 60694-9900

Date(s) debt was incurred  _2013_

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                    $45,490.12
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

---

**3.208**

**Nonpriority creditor's name and mailing address**
Sysmex America, Inc.
39923 Treasury Court
Chicago, IL 60694-9900

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$2,825.00**

---

**3.209**

**Nonpriority creditor's name and mailing address**
T2B Solutions, LLC
P.O. Box 43
Indianola, IA 50125

Date(s) debt was incurred  4/2019
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$438.60**

---

**3.210**

**Nonpriority creditor's name and mailing address**
Teleflex Medical
Arrow International
P.O. Box 60519
Charlotte, NC 28260

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$2,971.27**

---

**3.211**

**Nonpriority creditor's name and mailing address**
The Society of Thoracic Surgeons
P.O. Box 809265
Chicago, IL 60680-9265

Date(s) debt was incurred  2018
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$4,550.00**

---

**3.212**

**Nonpriority creditor's name and mailing address**
TigerConnect
2110 Broadway
Santa Monica, CA 90404

Date(s) debt was incurred  through 3/2019
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$4,222.67**

---

**3.213**

**Nonpriority creditor's name and mailing address**
Time Warner Cable
P.O. Box 1060
Carol Stream, IL 60132-1060

Date(s) debt was incurred  through 4/2019
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$3,398.07**

---

**3.214**

**Nonpriority creditor's name and mailing address**
Toray International America, Inc.
140 Cypress Station Drive
Houston, TX 77090

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

---

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,509.38 |
|---|---|---|---|

**3.215**  
Nonpriority creditor's name and mailing address  
Truven Health Analytics  
P.O. Box 95334  
Chicago, IL 60694-5334  

Date(s) debt was incurred  2018  
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim:  Open Account  

Is the claim subject to offset? ■ No ☐ Yes

$3,509.38

---

**3.216**  
Nonpriority creditor's name and mailing address  
U.S. Specialties  
2205 River Road  
Louisville, KY 40206  

Date(s) debt was incurred _  
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim:  Open Account  

Is the claim subject to offset? ■ No ☐ Yes

$148.40

---

**3.217**  
Nonpriority creditor's name and mailing address  
Unified Healthcare, LLC  
11700 Commonwealth Drive, Suite 700  
Louisville, KY 40299  

Date(s) debt was incurred _  
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim:  Open Account  

Is the claim subject to offset? ■ No ☐ Yes

$1,870.00

---

**3.218**  
Nonpriority creditor's name and mailing address  
V2 Global, LLC  
3121 Commodore Plaza, Suite 30  
Miami, FL 33133  

Date(s) debt was incurred _  
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim:  Open Account  

Is the claim subject to offset? ■ No ☐ Yes

$26,104.26

---

**3.219**  
Nonpriority creditor's name and mailing address  
Vectren Energy Delivery  
P.O. Box 6248  
Indianapolis, IN 46206-6248  

Date(s) debt was incurred  4/2019  
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim:  Open Account  

Is the claim subject to offset? ☐ No ■ Yes

$2,381.66

---

**3.220**  
Nonpriority creditor's name and mailing address  
Verizon Wireless  
P.O. Box 25505  
Lehigh Valley, PA 18002-5505  

Date(s) debt was incurred  3/2019  
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim:  Open Account  

Is the claim subject to offset? ■ No ☐ Yes

$1,935.85

---

**3.221**  
Nonpriority creditor's name and mailing address  
Vertos Medical, Inc.  
95 Enterprise, Suite 325  
Aliso Viejo, CA 92656  

Date(s) debt was incurred  through 2/2019  
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim:  Open Account  

Is the claim subject to offset? ■ No ☐ Yes

$8,116.92

---

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

---

**3.222**

**Nonpriority creditor's name and mailing address**
Vitalitec International, Inc.
10 Cordage Park Circle, Suite 200
Plymouth, MA 02360

Date(s) debt was incurred  2/2019

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$3,918.93

---

**3.223**

**Nonpriority creditor's name and mailing address**
W.L. Gore & Associates, Inc.
1505 N. 4th Street
Flagstaff, AZ 86004-5867

Date(s) debt was incurred  2013

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No  ☐ Yes

$19,332.73

---

**3.224**

**Nonpriority creditor's name and mailing address**
Waste Management
P.O. Box 9001054
Louisville, KY 40290

Date(s) debt was incurred  4/2019

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$7,419.12

---

**3.225**

**Nonpriority creditor's name and mailing address**
Welch Allyn, Inc.
4341 State Street Road
Skaneateles Falls, NY 13153

Date(s) debt was incurred  3/2019

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$1,984.10

---

**3.226**

**Nonpriority creditor's name and mailing address**
Westerkamp Group, LLC
701 Warrenville Road, Suite 120
Lisle, IL 60532

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$25,705.04

---

**3.227**

**Nonpriority creditor's name and mailing address**
Windstream Communications
Norlight, Inc.
P.O. Box 9001950
Louisville, KY 40290-1950

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$608.17

---

**3.228**

**Nonpriority creditor's name and mailing address**
Yellow Ambulance
P.O. Box 2107
Louisville, KY 40201

Date(s) debt was incurred  2013

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Promissory Note associated with prior Chapter 11 bankruptcy

Is the claim subject to offset? ■ No  ☐ Yes

$6,825.09

---

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

| **3.229** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,434.79 |
|---|---|---|---|
| | Yellow Ambulance Southern IN<br>P.O. Box 2107<br>Louisville, KY 40201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | **Basis for the claim:** Open Account | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.230** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $24.19 |
|---|---|---|---|
| | Zip Express<br>P.O. Box 33101<br>Louisville, KY 40232-3101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Open Account | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Jeffrey A. Campbell, MD<br>c/o James R. Irving, Esq.<br>3500 PNC Tower, 101 S. 5th Street<br>Louisville, KY 40202 | Line __3.46__<br>☐ Not listed. Explain ____ | _ |
| 4.2 | DXC Refunds<br>P.O. Box 2303, Dept. 130<br>Indianapolis, IN 46206-2303 | Line __3.78__<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Eli Hallal, MD<br>c/o James R. Irving, Esq.<br>3500 PNC Tower, 101 S. 5th Street<br>Louisville, KY 40202 | Line __3.99__<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Indiana Patient's Compensation Fund<br>Indiana State Dept. of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN 46204 | Line __3.21__<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Indiana Patient's Compensation Fund<br>Indiana State Dept. of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN 46204 | Line __3.20__<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Indiana Patient's Compensation Fund<br>Indiana State Dept. of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN 46204 | Line __3.100__<br>☐ Not listed. Explain ____ | _ |
| 4.7 | Indiana Patient's Compensation Fund<br>Indiana State Dept. of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN 46204 | Line __3.102__<br>☐ Not listed. Explain ____ | _ |

| Debtor | Kentuckiana Medical Center, LLC | Case number (if known) | 19-90617-BHL-7 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.8 | Indiana Patient's Compensation Fund<br>Indiana State Dept. of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN 46204 | Line  3.101<br>☐ Not listed. Explain ____ | _ |
| 4.9 | Indiana Patient's Compensation Fund<br>Indiana State Dept. of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN 46204 | Line  3.200<br>☐ Not listed. Explain ____ | _ |
| 4.10 | Indiana Patient's Compensation Fund<br>Indiana State Dept. of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN 46204 | Line  3.40<br>☐ Not listed. Explain ____ | _ |
| 4.11 | Indiana Patient's Compensation Fund<br>Indiana State Dept. of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN 46204 | Line  3.41<br>☐ Not listed. Explain ____ | _ |
| 4.12 | Indiana Patient's Compensation Fund<br>Indiana State Dept. of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN 46204 | Line  3.97<br>☐ Not listed. Explain ____ | _ |
| 4.13 | Indiana Patient's Compensation Fund<br>Indiana State Dept. of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN 46204 | Line  3.98<br>☐ Not listed. Explain ____ | _ |
| 4.14 | Indiana Patient's Compensation Fund<br>Indiana State Dept. of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN 46204 | Line  3.178<br>☐ Not listed. Explain ____ | _ |
| 4.15 | Indiana Patient's Compensation Fund<br>Indiana State Dept. of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN 46204 | Line  3.179<br>☐ Not listed. Explain ____ | _ |
| 4.16 | KMC Real Estate Investors, LLC<br>c/o RL BB-IN KRE RE, LLC<br>760 NW 107th Avenue, 4th Floor<br>Miami, FL 33172 | Line  3.180<br>☐ Not listed. Explain ____ | _ |
| 4.17 | Renato LaRocca, MD<br>c/o James R. Irving, Esq.<br>3500 PNC Tower, 101 S. 5th Street<br>Louisville, KY 40202 | Line  3.126<br>☐ Not listed. Explain ____ | _ |
| 4.18 | Physicians Primary Care, LLC<br>c/o James R. Irving, Esq.<br>3500 PNC Tower, 101 S. 5th Street<br>Louisville, KY 40202 | Line  3.164<br>☐ Not listed. Explain ____ | _ |
| 4.19 | Q-Centrix<br>c/o Mitchell A. Bragg, Esq.<br>10 Pleasant Street<br>Portsmouth, NH 03801 | Line  3.171<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

Debtor    Kentuckiana Medical Center, LLC
       Name

Case number (if known)    19-90617-BHL-7

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 27,891,907.88 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 27,891,907.88 |

**Fill in this information to identify the case:**

Debtor name    Kentuckiana Medical Center, LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number (if known)   19-90617-BHL-7

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   - ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease of premises at 170 Doctor Arla Way, Louisville, KY 40229 Debtor is the Tenant | |
|---|---|---|---|
| | State the term remaining | 25 months | Antaeus, LLC c/o Dr. Mohana Arla 170 Dr. Arla Way Louisville, KY 40229 |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Leased Ultrasound Equipment / Lease #101-10186163 60 month lease dated 6/25/2018 Lease has $1.00 buyout option at the end | |
|---|---|---|---|
| | State the term remaining | | Phillips Medical Center, LLC 1111 Old Eagle School Road Wayne, PA 19087 |
| | List the contract number of any government contract | | |