## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| KENTUCKIANA MEDICAL CENTER, LLC | Case No. 19-90617-AKM-7 |
| Debtor. | |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 48

Comes now RL BB-IN KRE, LLC ("Creditor"), by counsel, and hereby notifies the Court and parties in interest as follows:

1. On November 12, 2019, the Creditor filed Proof of Claim No. 48 herein, asserting a claim of $40,000,000.00.

2. On June 4, 2021, the Court entered an Order approving a Settlement Agreement between the Creditor and the Trustee herein. Pursuant to the approved Settlement Agreement, the Creditor is required to withdraw Proof of Claim No. 48.

3. Pursuant to Bankruptcy Rule 3006, the Creditor hereby withdraws Proof of Claim No. 48.

Respectfully submitted,

*/s/ James P. Moloy*
James P. Moloy
Attorney No. 10301-49
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000 | (317) 684-5173 (FAX)
jmoloy@boselaw.com

Attorneys for RL BB-IN KRE, LLC

4147905

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Wendy D. Brewer
wbrewer@fmdlegal.com
cbellner@fmdlegal.com

Michael V. Brodarick
mbrodarick@lloydmc.com

William K. Carter
kentcarter@grsm.com
jswick@grsm.com

Deborah Caruso
dcaruso@rubin-levin.net
dwright@rubin-levin.net
csprague@rubin-levin.net
atty_dcaruso@bluestylus.com

Robert William DeWees
rdewees@mcclaindewees.com

Annette England
annette.england@btlaw.com

Jerry Avan Garau
jgarau@g-glawfirm.com

Bryan T. Glover
bryan.glover@stoel.com
lisa.petras@stoel.com

James F. Guilfoyle
james@guilfoylebankruptcy.com
nancy@guilfoylebankruptcy.com
laura@guilfoylebankruptcy.com
charles@guilfoylebankruptcy.com
jguilfoyle@ecf.courtdrive.com
guilfoyleJR97980@notify.bestcase.com
terri@inkylegal.com

James R. Irving
james.irving@dentons.com
gina.young@dentons.com
jennifer.weber@dentons.com
jeanette.henson@dentons.com
smays@bgdlegal.com
jenson@bgdlegal.com

Jackson Taylor Kirklin
taylor.kirklin@usdoj.gov
melanie.crouch@usdoj.gov

David R. Krebs
dkrebs@hbkfirm.com
dadams@hbkfirm.com

Andrew Layden
alayden@bakerlaw.com

Elizabeth Marie Little
Elizabeth.little@faegredrinker.com
noticeFRindy@faegredrinker.com

Phillip Alan Martin
pmartin@fmdlegal.com
cbellner@fmdlegal.com

Danielle Merola
dmerola@bakerlaw.com
orlbankruptcy@bakerlaw.com

James P. Moloy
jmoloy@boselaw.com
dlingenfelter@boselaw.com
mwakefield@boselaw.com

Ronald J. Moore
Ronald.Moore@usdoj.gov

Whitney L. Mosby
whitney.mosby@dentons.com
faith.wolfe@dentons.com

Joseph L. Mulvey
joseph@mulveylawllc.com
linda@mulveylawllc.com

Brian Robert Pollock
bpollock@stites.com
stitesCOMPULAW@stites.com
doregan@stites.com

Lindsay N. Popejoy
lindsay@theclinelawfirm.com

Hans Poppe
hans@poppelawfirm.com

Kathryn L. Pry
kpry.trustee@gmail.com
IN36@ecfcbis.com

Daniel Tysen Smith
tysmith@forthepeople.com

William E. Smith
wsmith@k-glaw.com
clipke@k-glaw.com
cshaughnessy@k-glaw.com

Meredith R. Theisen
mtheisen@rubin-levin.net
atty_mtheisen@bluestylus.com
mralph@rubin-levin.net
csprague@rubin-levin.net

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

A.J. Webb
awebb@fbtlaw.com
aweeb@ecf.inforuptcy.com

April A. Wimberg
april.wimberg@dentons.com
jhenson@bgdlegal.com
jeanette.henson@dentons.com
jennifer.weber@dentons.com
smays@bgdlegal.com

I further certify that on the 22nd day of June, 2021, a copy of the foregoing was mailed by first-class United States mail, postage prepaid, and properly addressed to the following:

BGBC Partners, LLP
300 N. Meridian Street, Suite 1100
Indianapolis, IN  46204

*/s/ James P. Moloy*
James P. Moloy